B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois, Eastern Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Bartecki, Garry J** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Bartecki, Isabelle E** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA I. Liz Bartecki; AKA I. Elizabeth Bartecki** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-2181** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**xxx-xx-7895** |
| Street Address of Debtor (No. and Street, City, and State):<br>**45 Bradford Ln.**<br>**Oak Brook, IL**<br><div align="right">ZIP Code<br>**60523**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**45 Bradford Ln.**<br>**Oak Brook, IL**<br><div align="right">ZIP Code<br>**60523**</div> |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7  ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11  ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13 |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-49 | ■<br>50-99 | ☐<br>100-199 | ☐<br>200-999 | ☐<br>1,000-5,000 | ☐<br>5,001-10,000 | ☐<br>10,001-25,000 | ☐<br>25,001-50,000 | ☐<br>50,001-100,000 | ☐<br>OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to $50,000 | ☐<br>$50,001 to $100,000 | ☐<br>$100,001 to $500,000 | ☐<br>$500,001 to $1 million | ■<br>$1,000,001 to $10 million | ☐<br>$10,000,001 to $50 million | ☐<br>$50,000,001 to $100 million | ☐<br>$100,000,001 to $500 million | ☐<br>$500,000,001 to $1 billion | ☐<br>More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bartecki, Garry J**<br>**Bartecki, Isabelle E** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Kent A. Gaertner                    **May 18, 2011**<br>Signature of Attorney for Debtor(s)                (Date)<br>**Kent A. Gaertner 3121489** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

            _____
            (Name of landlord that obtained judgment)

            _____
            (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Bartecki, Garry J**<br>**Bartecki, Isabelle E** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**  **/s/ Garry J Bartecki**
_____
Signature of Debtor  **Garry J Bartecki**

**X**  **/s/ Isabelle E Bartecki**
_____
Signature of Joint Debtor **Isabelle E Bartecki**

_____
Telephone Number (If not represented by attorney)

**May 18, 2011**
_____
Date

### Signature of Attorney*

**X**  **/s/ Kent A. Gaertner**
_____
Signature of Attorney for Debtor(s)

  **Kent A. Gaertner 3121489**
_____
Printed Name of Attorney for Debtor(s)

  **Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
_____
Firm Name
  **400 S. County Farm Road**
  **Suite 330**
  **Wheaton, IL 60187**
_____
Address


  **630-510-0000  Fax: 630-510-0004**
_____
Telephone Number
  **May 18, 2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X**
_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X**
_____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re  **Garry J Bartecki**
       **Isabelle E Bartecki**
                                                    Case No. _____

                              Debtor(s)              Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                        Page 2

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Garry J Bartecki**
                             **Garry J Bartecki**

Date:   **May 18, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re **Garry J Bartecki**
**Isabelle E Bartecki**
_____ Case No. _____
Debtor(s)                        Chapter        **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
mental deficiency so as to be incapable of realizing and making rational decisions with respect to
financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

    Signature of Debtor: **/s/ Isabelle E Bartecki**
             **Isabelle E Bartecki**
    Date: **May 18, 2011**

B6D (Official Form 6D) (12/07)

In re   **Garry J Bartecki,**                                    Case No. _____

         **Isabelle E Bartecki**

                                        ,

                         Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx1706**<br><br>**MB Financial**<br>**6111 N. River Rd.**<br>**Rosemont, IL 60018** | | J | **2009**<br><br>**First Mortgage**<br><br>**Wisconsin single family residence at N9830 Highland Park, Malone, WI. 54049** | | | | | |
| | | | Value $        **260,000.00** | | | | 227,390.78 | 0.00 |
| Account No. **xx1592**<br><br>**MB Financial**<br>**6111 N. River Rd.**<br>**Rosemont, IL 60018** | | J | **2003**<br>**Heloc**<br>**Location: 45 Bradford Ln., Oak Brook IL 60523**<br>**Single Family.  Debtors' principle residence** | | | | | |
| | | | Value $        **500,000.00** | | | | 268,878.75 | 0.00 |
| Account No. **xxx4368**<br><br>**Wells Fargo Home Mortgage**<br>**P.O. Box 10335**<br>**Des Moines, IA 50306** | | J | **First Mortgage**<br><br>**Location: 45 Bradford Ln., Oak Brook IL 60523**<br>**Single Family.  Debtors' principle residence** | | | | | |
| | | | Value $        **500,000.00** | | | | 91,408.89 | 0.00 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

                                 Subtotal          587,678.42         0.00
                    (Total of this page)

                                   Total          587,678.42         0.00
          (Report on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                               Best Case Bankruptcy

B6E (Official Form 6E) (4/10)

.

In re    **Garry J Bartecki,**                                                          Case No. _____
         **Isabelle E Bartecki**
_____,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re    **Garry J Bartecki,**
**Isabelle E Bartecki**

Case No. _____

_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx0264**<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60602** | X | J | **2010**<br><br>**Sales Tax Midlothian Sports and Cycle LLC- Possible shareholder responsibility.** | X | X | | 912.91 | 0.00<br><br>912.91 |
| Account No. **xxx xx 2181**<br><br>**Internal Revenue Service**<br>**PO 7346**<br>**Philadelphia, PA 19101-7346** | | J | **2010**<br><br>**Federal Taxes** | | | | 50,000.00 | 0.00<br><br>50,000.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00<br>50,912.91    50,912.91 |
| | Total (Report on Summary of Schedules) | 0.00<br>50,912.91    50,912.91 |

B6F (Official Form 6F) (12/07)

In re    **Garry J Bartecki,**                                              Case No. _____
       **Isabelle E Bartecki**
                                   ,
                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxx-x0026<br><br>**5/3rd Bank**<br>**PO Box 630337**<br>**Cincinatti, OH 45263-0337** | | J | **2009**<br>**LOC for business** | | | | 119,274.00 |
| Account No. **xxxx xxxx xxxx 3412**<br><br>**5/3rd Bank CC**<br>**PO box 740789**<br>**Cincinatti, OH 45274-0789** | | J | **2009**<br>**CC for business** | | | | 28,213.00 |
| Account No.<br><br>**700 Credit**<br>**2233 W 190th Street**<br>**Torrance, CA 90504** | | J | **2009**<br>**Possible Personal Guarantee** | | | X | 100.00 |
| Account No.<br><br>**A Plus business Forms & Systems, In**<br>**Post Office Box 935**<br>**Wisconsin Rapids, WI 54495** | | J | **2009**<br>**Possible Personal Guarantee** | | | X | 162.67 |
| _**17**_  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 147,749.67 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Garry J Bartecki,**
         **Isabelle E Bartecki**                                                    Case No. _____

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **ADP Dealer Services** <br> **P.O. Box 88921** <br> **Chicago, IL 60695-1921** | | J | | **2009** <br> **Possible Personal Guarantee** | | | X | <br><br><br> 7,723.10 |
| Account No. <br><br> **ADT Security Services, Inc.** <br> **P.O. Box 88921** <br> **Chicago, IL 60695** | | J | | **2009** <br> **Possible Personal Guarantee** | | | X | <br><br><br> 189.26 |
| Account No. **xx1437** <br><br> **Amer Suzuki Mtr Corp** <br> **3251 E Imperial Hwy** <br> **Brea, CA 92822-1100** | | J | | **2009** <br> **MC vendor** | | | | <br><br><br> **Unknown** |
| Account No. **xx5687** <br><br> **America Honda Finance** <br> **1235 Old Alpharetta** <br> **Suite 190** <br> **Alpharetta, GA 30005** | | J | | **2009** <br> **MC Fin** | | | X | <br><br><br> 4,125.85 |
| Account No. **xxxx-xxxxxx-x1008** <br><br> **American Express** <br> **P.O. 650448** <br> **Dallas, TX 75265** | X | J | | **2007 to 2010** <br> **Personal Guarentee of business Credit card** | | | | <br><br><br> 15,895.32 |

Sheet no. __1__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,933.53

B6F (Official Form 6F) (12/07) - Cont.

In re  **Garry J Bartecki,**
       **Isabelle E Bartecki**

                                                    Case No. _____

                                                    ,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxxx-x5007**<br><br>**American Express**<br>**P.O. 650448**<br>**Dallas, TX 75265** | X | J | **2007 to 2010**<br>**Persoanl guarentee of business credit card** | | | | **16,618.76** |
| Account No. **xx5687**<br><br>**American Honda**<br>**1919 Torrance Blvd**<br>**Torrece, CA 90501** | | J | **2009**<br>**MC vendor** | | | X | **Unknown** |
| Account No.<br><br>**American Honda Motor Corporation**<br>**Post Office Box Box 70252**<br>**Philadelphia, PA 19126-0252** | | J | **2009**<br>**Possible Personal Guarantee** | | | | **1,808.34** |
| Account No. **xxxxx-xxxxxx6356**<br><br>**American Marketing**<br>**PO Box 982**<br>**DeKalb, IL 60015** | | | **2009**<br>**For business** | | | | **518.00** |
| Account No. **xxx4367**<br><br>**American Suzuki Motor Corporation**<br>**3251 E. Imperial Hwy**<br>**Brea, CA 92822** | | J | **2009/2010**<br>**Possible Personal Guarantee** | | | | **15,717.27** |

Sheet no. __**2**___ of __**17**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**34,662.37**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Garry J Bartecki,**
    **Isabelle E Bartecki**                                               Case No. _____

                                                   ,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxxxx-x1008** <br><br>**AMEX** <br>**PO Box 0001** <br>**Los Angeles, CA 90096-8000** | J | | | **2009** <br>**CC for business** | | | | 15,895.00 |
| Account No. **xxxx-xxxxxx-x5007** <br><br>**AMEX** <br>**PO Box 0001** <br>**Los Angeles, CA 90096-8000** | J | | | **2009** <br>**CC for business** | | | | 16,619.00 |
| Account No. **xxxxxx0163** <br><br>**ATT Yellow Pages** <br>**C/O Joesph Mann & Creed** <br>**20600 Chagrin Blvd.** <br>**Shaker Heights, OH 44122** | | | | **2009** <br>**For business** | | | | 2,840.00 |
| Account No. <br><br>**Autofocus-Chicago** <br>**221 S. Mitchell Court, A-3** <br>**Addison, IL 60101** | J | | | **2009** <br>**Possible Personal Guarantee** | | | X | 22,022.00 |
| Account No. <br><br>**Clintas Corporation** <br>**Post Office Box #5** <br>**Bedford Park, IL 60499-0005** | J | | | **2009** <br>**Possible Personal Guarantee** | | | X | 588.15 |

Sheet no. __3__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal
                                   (Total of this page)    **57,964.15**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Garry J Bartecki,**
         **Isabelle E Bartecki**                                              Case No. _____

                                                       Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Collin's License & Title Service** <br> **1719 Bellechase Dr.** <br> **Dallas, TX 75265-0262** | | J | **2009** <br> **Possible Personal Guarantee** | | | X | 137.25 |
| Account No. **xxxxxxxxxx & xxxxx1562** <br><br> **Comerica Bank** <br> **Mail Code 6512 - SBA** <br> **P.O. Box 650282** <br> **Dallas, TX 75265-0282** | X | J | **2009/2010** <br> **Personal Guarentee Midlothian Sports and Cycle LLC.** | | | | 502,000.00 |
| Account No. **xxxxxxxxxx & xxxxx1562** <br><br> **Comerica Bank** <br> **Mail Code 6512 - SBA** <br> **P.O. Box 650282** <br> **Dallas, TX 75265-0282** | | J | **2009/2010** <br> **Personal Guarentee of ILB Real Estate LLC.** <br> **mortgage loan on corporate real estate** | | | | 478,000.00 |
| Account No. **xxxxx1562** <br><br> **Comerica Bank** <br> **PO Box 650282** <br> **Dallas, TX 75265-0202** | | J | **2009** <br> **SBA loan** | | | | 27,507.00 |
| Account No. <br><br> **Comerica Bank** <br> **PO Box 650282; M.S. 6512-SBA** <br> **Dallas, TX 75265-0262** | | J | **2009** <br> **Possible Personal Guarantee** | | | | 45,550.19 |

Sheet no. __4__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                     Subtotal         | **1,053,194.44**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Garry J Bartecki,**                                                                    Case No. _____
         **Isabelle E Bartecki**
_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| **Cook County Collector** **PO Box 641278** **Chicago, IL 60664-1278** | | J | Possible Personal Guarantee | | | X | |
| | | | | | | | 7.50 |
| Account No. | | | 2009 | | | | |
| **Custom Assembly, Inc.** **2952 CR 107** **Haviland, OH 45851** | | J | Possible Personal Guarantee | | | X | |
| | | | | | | | 1,108.00 |
| Account No. | | | 2009 | | | | |
| **Daniels Printing & Office Supply** **14800 S. Cicero Avenue** **Oak Forest, IL 60452** | | J | Possible Personal Guarantee | | | X | |
| | | | | | | | 189.86 |
| Account No. | | | 2009 | | | | |
| **DEX** **8519 Innovation Way** **Chicago, IL 60682** | | J | Possible Personal Guarantee | | | X | |
| | | | | | | | 2,636.87 |
| Account No. | | | 2009 | | | | |
| **Ebels Ace Hardware** **15541 S. Cicero** **Oak Forest, IL 60452** | | J | Possible Personal Guarantee | | | X | |
| | | | | | | | 89.76 |

Sheet no. __5___ of __17__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          4,031.99

B6F (Official Form 6F) (12/07) - Cont.

In re  **Garry J Bartecki,**
       **Isabelle E Bartecki**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | 2009 **Possible Personal Guarantee** | | | | |
| **Exxon Mobile** **PO Box 530988** **Atlanta, GA 30353** | | J | | | | | X | |
| | | | | | | | | 965.55 |
| Account No. **xxxx xxxx xxxx 3412** | | | | 2007- 2010 **Personal Guarentee of Midlothian  Sports & Cycle credit card** | | | | |
| **Fifth Third Bank** **P.O. 740789** **Cincinnati, OH 45263** | X | J | | | | | | |
| | | | | | | | | 23,659.68 |
| Account No. **xxxxxxxxxx-x0026** | | | | 2007 to 2010 **Personal guarentee Midlothian Sports and Cycle LLC** | | | | |
| **Fifth Third Bank** **P.O. 630337** **Cincinnati, OH 45263-0337** | X | J | | | | | | |
| | | | | | | | | 118,558.08 |
| Account No. | | | | 2009 **Possible Personal Guarantee** | | | | |
| **First Insurance Funding Corp.** **450 Skokie Blvd., Suite 1000** **Northbrook, IL 60062** | | J | | | | | X | |
| | | | | | | | | 33.38 |
| Account No. | | | | 2009 **Possible Personal Guarantee** | | | | |
| **Fox Racing, Inc.** **Dept. 33155 PO Box 3900** **San Francisco, CA 94139-3155** | | J | | | | | X | |
| | | | | | | | | 227.91 |

Sheet no. __6___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

143,444.60

B6F (Official Form 6F) (12/07) - Cont.

In re **Garry J Bartecki,**
　　　　**Isabelle E Bartecki**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 | | | | |
| Fox Valley Towels 1631 N 31st Ave Melrose Park, IL 60160 | | J | Possible Personal Guarantee | | | X | 371.83 |
| Account No. | | | 2009 | | | | |
| Friends of Nypum 1919 Torrance Blvd Torrance, CA 90501 | | J | Possible Personal Guarantee | | | | 748.00 |
| Account No. | | | 12/18/03 | | | | |
| G.E. Capital Solutions #4 Park Plaza, Suite #2040 Irvine, CA 92614 | X | H | Personal Guarentee of Midlothian Sports and Cycle LLC. | | | | 25,425.48 |
| Account No. | | | 2009 | | | | |
| Gart Sutton & Associates, Inc 111 Bayside Place Corona Del Mar, CA 92625 | | J | Possible Personal Guarantee | | | | 1,182.00 |
| Account No. | | | 2009 | | | | |
| GE Commercial Finance - TGB Special 75 Remittance Drive, Suite 6999 Chicago, IL 60675 | | J | Possible Personal Guarantee | | | | 3,074.99 |

Sheet no. __7__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,802.30

B6F (Official Form 6F) (12/07) - Cont.

In re  **Garry J Bartecki,**
    **Isabelle E Bartecki**
                                                                                            Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2009/2010 Personal Guarantee | | | | |
| GE Commercial Finance, Suzuki 75 Remittance Drive, Suite 1040 Chicago, IL 60675 | | | J | | | | | 40,583.59 |
| Account No. | | | | 2009/2010 Personal Guarantee | | | | |
| GE Commerical Finance Yamaha 75 Remittance Dr., Suite 6995 Chicago, IL 60675-6995 | | | J | | | | | 71,799.06 |
| Account No. xxxxxx7113 | | | | 1/2007 Mortgage on Condo at 15315 Treetop  Dr.  Unit #1N, Orland Park,  IL.  60462 | | | | |
| GMAC Mortgage P.O. Box 9001719 Louisville, KY 40290-1719 | X | H | | | | | | 133,641.19 |
| Account No. | | | | 2009 Possible Personal Guarantee | | | | |
| Great American Insurance Post Office Box 23850 San Diego, CA 92193-3850 | | | J | | | | X | 1,030.00 |
| Account No. | | | | 2009 Possible Personal Guarantee | | | | |
| GTI Recycling 2943 W. Wireton Road Blue Island, IL 60406 | | | J | | | | X | 720.00 |

Sheet no. __8___ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

247,773.84

B6F (Official Form 6F) (12/07) - Cont.

In re  **Garry J Bartecki,**
    **Isabelle E Bartecki**
                                  ,
                       Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Hales Sport Center** <br>**1400 Harrington Memorial Road** <br>**Mansfield, OH 44903** | | J | | **2009** <br>**Possible Personal Guarantee** | | | X | 63.00 |
| Account No. <br><br>**Herman Wilson** <br>**212 W 155th St** <br>**Harvey, IL 60426** | | J | | **2009** <br>**Possible Personal Guarantee** | | | | 300.00 |
| Account No. <br><br>**Hinckley Springs** <br>**5660 New Northside Dr., Suite 500** <br>**Atlanta, GA 30328** | | J | | **2009** <br>**Possible Personal Guarantee** | | | X | 151.72 |
| Account No. **xxxx-xxxx-xxxx-6495** <br><br>**Home Depot** <br>**Po Box 6925** <br>**The Lakes, NV 88901** | | J | | **2009** <br>**Personal Guarentee of business CC** | | | | 5,676.00 |
| Account No. **xxxx xxxx xxxx 5087** <br><br>**HSBC credit card** <br>**PO Box 37281** <br>**Baltimore, MD 31297-3281** | | J | | **2009** <br>**Misc. Goods and Services** | | | | 50.00 |

Sheet no. __**9**___ of __**17**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,240.72**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Garry J Bartecki,**
    **Isabelle E Bartecki**
                                   ,
                               Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>**HSBC Retail Services**<br>**PO Box 17574**<br>**Baltimore, MD 21297-1574** | | J | | | **2009**<br>**Possible Personal Guarantee** | | | | 387.50 |
| Account No.<br><br>**Illinois Department of Revenue**<br>**Bankruptcy Section Level 7-425**<br>**100 W. Randolph Street**<br>**Chicago, IL 60602** | | J | | | **2009**<br>**Possible Personal Guarantee** | | | | 912.91 |
| Account No.<br><br>**Illinois Tollway**<br>**PO Box 5201**<br>**Lisle, IL 60532** | | J | | | **2009**<br>**Possible Personal Guarantee** | | | | 66.75 |
| Account No.<br><br>**Ingalls Occupational Health**<br>**75 Remittance Drive Suite 1660**<br>**Chicago, IL 60675-1660** | | J | | | **2009**<br>**Possible Personal Guarantee** | | | | 75.00 |
| Account No.<br><br>**Jack Isom**<br>**10360 S. Parkside 3A**<br>**Oak Lawn, IL 60453** | | J | | | **2009**<br>**Possible Personal Guarantee** | | | | 713.89 |

Sheet no. __10__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,156.05

B6F (Official Form 6F) (12/07) - Cont.

In re    **Garry J Bartecki,**                                                          Case No. _____
      **Isabelle E Bartecki**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Jesus Rivera, Jr.** | | J | | **2009**<br>**Possible Personal Guarantee** | | | X | **500.00** |
| Account No.<br><br>**K & L Supply Company**<br>**1040 Richard Avenue**<br>**Santa Clara, CA 95050** | | J | | **2009**<br>**Possible Personal Guarantee** | | | | **132.74** |
| Account No.  **1824**<br><br>**Kawasaki Motors**<br>**Po Box 25252**<br>**Santa Ana, CA 92779-5252** | | J | | **2009**<br>**M/C vendor** | | | | **1,919.57** |
| Account No.<br><br>**Kawasaki Motors Finance Corp.**<br>**P.O. Box 25301**<br>**Santa Ana, CA 92799** | X | J | | **2009**<br>**Possible Personal Guarantee** | | | | **42,075.90** |
| Account No.<br><br>**Liberty Tires** | | J | | **2009**<br>**Possible Personal Guarantee** | | | | **136.85** |

Sheet no. __11__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
    (Total of this page)    **44,765.06**

B6F (Official Form 6F) (12/07) - Cont.

In re **Garry J Bartecki,**
    **Isabelle E Bartecki**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **M&M Auto Glass** <br> **4047 W. 147th Street** <br> **Bridgeview, IL 60455** | | J | **2009** <br> **Possible Personal Guarantee** | | | | 125.00 |
| Account No. **xx-xxx-xxx-074-0** <br><br> **Macy credit card** <br> **PO Box 689195** <br> **Des Moines, IA 50369** | | H | **2009** <br> **Possible Personal Guarantee** | | | | 25.00 |
| Account No. <br><br> **Meltzer, Purtill & Stelle LLC** <br> **1515 E. Woodfield Rd.  2nd Flr.** <br> **Schaumburg, IL 60173** | | H | **11/09 to 5/10** <br> **Legal Services** | | | | 64,844.62 |
| Account No. <br><br> **Midwest Motorcycle Setups, Inc.** <br> **2100 W 16th Street** <br> **Broadview, IL 60155** | | J | **2009** <br> **Possible Personal Guarantee** | | | | 57.50 |
| Account No. <br><br> **National Auto Research Division** <br> **PO Box 404040** <br> **Atlanta, GA 30384-4040** | | J | **2009** <br> **Possible Personal Guarantee** | | | | 92.95 |

Sheet no. __12__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

65,145.07

B6F (Official Form 6F) (12/07) - Cont.

In re    **Garry J Bartecki,**
　　　　**Isabelle E Bartecki**                                                                    Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　，
　　　　　　　　　　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | 2009 Possible Personal Guarantee | | | | |
| Nextmedia Group, Inc Dept. 809217 Chicago, IL 60680 | | J | | | | | | X | |
| | | | | | | | | | 9,840.00 |
| Account No. **8057** | | | | | 2009 For business | | | | |
| NHJ 4141 W 126th St Alsip, IL 60803 | | | | | | | | X | |
| | | | | | | | | | 309.00 |
| Account No. | | | | | 2009 Possible Personal Guarantee | | | | |
| Nichols Distributing 4141 W. 126th Street Alsip, IL 60803 | | J | | | | | | | |
| | | | | | | | | | 309.41 |
| Account No. | | | | | 2009 Possible Personal Guarantee | | | | |
| Occusure Workers Compensation 6 Cadillac Drive, Suite 370 | | J | | | | | | X | |
| | | | | | | | | | 6,337.56 |
| Account No. | | | | | 2009 Possible Personal Guarantee | | | | |
| Office Depot PO Box 633211 Crown City, OH 45623-3211 | | J | | | | | | X | |
| | | | | | | | | | 1,576.96 |

Sheet no. __**13**__ of __**17**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,372.93

B6F (Official Form 6F) (12/07) - Cont.

In re **Garry J Bartecki,**
　　　**Isabelle E Bartecki**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009 Possible Personal Guarantee | | | | |
| Phillips Motorsport Group 151 Calle Iglesia San Clemente, CA 92672 | | J | | | | X | |
| | | | | | | | 181.27 |
| Account No. | | | 2009 Possible Personal Guarantee | | | | |
| Quinlan Security Sys 8940 W. 192nd St. Suite J Mokena, IL 60448 | | J | | | | X | |
| | | | | | | | 15.00 |
| Account No. xxxx xxxx xxxx 9717 | | | 2009/2010 Misc. goods and services | | | | |
| Sears Master Card P.O. Box 183081 Columbus, OH 43218-3082 | | J | | | | | |
| | | | | | | | 809.53 |
| Account No. | | | 2009 Possible Personal Guarantee | | | | |
| Secretary of State 501 S. Second St. Rm 351 Springfield, IL 62756 | | J | | | | | |
| | | | | | | | 112.00 |
| Account No. | | | 2009 Possible Personal Guarantee | | | | |
| Service Guard Systems, Inc. 28601 Chargin Blvd., Suite 400 Beachwood, OH 44122 | | J | | | | X | |
| | | | | | | | 1,482.00 |

Sheet no. __14__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)　　2,599.80

B6F (Official Form 6F) (12/07) - Cont.

In re  **Garry J Bartecki,**
  **Isabelle E Bartecki**
_____,
Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | J | **2009** **Possible Personal Guarantee** | | | X | |
| **Snap-On Business Solutions** **Post Ofice Box 23756** **Chicago, IL 60673** | | | | | | | | 190.75 |
| Account No. | X | | J | **2009** **Possible Personal Guarantee** | | | X | |
| **Sullivans Motorcycle Accessories** **PO Box 599** **Hanson, MA 02341-0598** | | | | | | | | 26,517.26 |
| Account No. | | | J | **2009** **Possible Personal Guarantee** | | | X | |
| **Sun Life Financial** **One Sun Life Executive Park** **Wellesley Hills, MA 02481** | | | | | | | | 108.00 |
| Account No. | X | | J | **2007 to 2010** **Personal Guarentee of Midlothian Sport and Cycle LLC.** | | | | |
| **Suzuki Motor Finance** | | | | | | | | 38,000.00 |
| Account No. | | | J | **2009** **Possible Personal Guarantee** | | | X | |
| **The Home Depot Credit Services** **Post Office Box 6925** **The Lakes, NV 88901-6925** | | | | | | | | 4,979.55 |

Sheet no. __15__ of __17__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,795.56

B6F (Official Form 6F) (12/07) - Cont.

In re  **Garry J Bartecki,**
      **Isabelle E Bartecki**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Tri-R Distributing, Inc.**<br>**Post Office Box 98**<br>**Matteson, IL 60443** | J | | | **2009**<br>**Possible Personal Guarantee** | | | X | 2,039.71 |
| Account No.<br><br>**Trucker Rocky**<br>**3048 Paysphere Circle**<br>**Chicago, IL 60674** | J | | | **2009/2010**<br>**Possible Personal Guarantee** | X | X | X | 34,405.69 |
| Account No.<br><br>**V-Sept, Inc.**<br>**3001 North Rocky Point Drive, E**<br>**Tampa, FL 33607** | J | | | **2009**<br>**Possible Personal Guarantee** | | | X | 1,470.00 |
| Account No.<br><br>**W-A-R, Inc.**<br>**302 Fox Glen Court Suite #2**<br>**Barrington, IL 60010** | J | | | **2009**<br>**Possible Personal Guarantee** | | | X | 2,625.00 |
| Account No.<br><br>**XM Satellite Radio**<br>**PO Box 9001399**<br>**Louisville, KY 40290-1399** | J | | | **2009**<br>**Possible Personal Guarantee** | | | X | 29.86 |

Sheet no. __16__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

40,570.26

B6F (Official Form 6F) (12/07) - Cont.

In re **Garry J Bartecki,**
    **Isabelle E Bartecki**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Yamaha Mtr Corp**<br>**6555 Katella Ave**<br>**Cypress, CA 90630** | | J | **2009**<br>**Possible Personal Guarantee** | | | X | 387.51 |
| Account No. <br><br>**Yellow Book Sales & Dist**<br>**C/O Johnson Legal**<br>**39 S LaSalle, #280**<br>**Chicago, IL 60603** | | | **2009**<br>**For business** | | | X | 8,505.00 |
| Account No. <br><br>**Yellow Book USA - West**<br>**Post Office Box 660052**<br>**Dallas, TX 75266-2252** | | J | **2009**<br>**Possible Personal Guarantee** | | | X | 5,270.30 |
| Account No. <br><br>**Yvoone & Robert Normoyle**<br>**15425 S Pulaski**<br>**Markham, IL** | | J | **2009**<br>**Rent storage** | | | X | Unknown |
| Account No. <br><br> | | | | | | | |

Sheet no. __17__ of __17__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 14,162.81 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 2,011,365.15 |

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re | **Garry J Bartecki** | Case No.
**Isabelle E Bartecki**
Debtor(s) | Chapter | **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................. $ _____ **10,000.00**

Prior to the filing of this statement I have received .............................. $ _____ **10,000.00**

Balance Due ......................................................................................... $ _____ **0.00**

2.    $ **299.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor      ☐ Other (specify):

4.    The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **May 18, 2011**

**/s/ Kent A. Gaertner**
**Kent A. Gaertner 3121489**
**Springer, Brown, Covey, Gaertner & Davis, L.L.C.**
**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
**630-510-0000  Fax: 630-510-0004**

---



SPRINGER
BROWN
COVEY
GAERTNER &
DAVIS, LLC

THOMAS E. SPRINGER
DAVID R. BROWN
BRADLEY S. COVEY
KENT A. GAERTNER*
MICHAEL J. DAVIS*

ROBERT B. KATZ OF COUNSEL

*ADMITTED TO FLORIDA BAR

May 18, 2011

Mr. Garry J. Bartecki
Mrs. Isabelle E. Bartecki
45 Bradford Ln.
Oak Brook, IL. 60523

Re:        **Chapter 7 Bankruptcy Filing**
           **Legal Services Agreement and Engagement Letter**

Dear Mr. and Mrs. Bartecki:

Pursuant to our recent meeting, please accept this letter as it sets forth the basic terms and conditions upon which **Springer, Brown, Covey, Gaertner & Davis, LLC** ("SPRINGER BROWN") will perform legal services for **Garry J. Bartecki and Isabelle E. Bartecki** (the "Clients") in the above referenced matter (the "Engagement").

This letter shall (1) confirm that the Clients have retained SPRINGER BROWN (2) confirm the scope of the Engagement, and (3) describe the basis upon which SPRINGER BROWN will bill for its services.

## Scope of Representation

The Clients, have asked SPRINGER BROWN to assist in representing them in:

1.   The assessment of their assets and liabilities.

2.   Assisting the Clients with consolidating information on assets and liabilities to facilitate the Chapter 7 filing.

3.   Analyzing past financial history of the Clients as it may effect the Chapter 7 including transfers and preferences.

4.   The preparation and filing of a Chapter 7 bankruptcy petition on behalf of the Clients.

5.   Representation of the Clients' interests in dealings with the appointed Chapter 7 Trustee and with creditors.

The representation does not include representation of the Clients in connection with **any litigation** arising out of the Chapter 7 filing, including, but not limited to, depositions under Rule 2004 or adversary complaints regarding discharge or dischargeability. At this time, no such litigation is expected. However, if such litigation is instituted, a new fee arrangement will be entered into between the Clients and Springer Brown to cover such representation.

## Determination of Fees and Expenses

Legal work varies greatly. Although we are often engaged by our clients to perform specific and limited tasks, our primary role as legal advisors is to offer our knowledge, experience and independent judgment. Recognizing this, our focus in charging for services is to arrive at a fee, which is fair and appropriate considering all of the circumstances.

Legal services provided by attorneys are fee for service arrangements generally involving the payment of a retainer fee to the attorney. In this matter, the Clients, through its principals, authorized agents or assigns, have agreed to retain SPRINGER BROWN with an advance payment retainer of $10,299 (the "retainer") for services rendered as delineated above. SPRINGER BROWN proposes to charge the Clients a flat fee for time and services, as delineated in the scope of representation above, expended on the matter ($10,000.00 attorney fee and $299.00 filing fee to the Clerk of the Bankruptcy Court). Should the representation be terminated prior to the filing of a Chapter 7 bankruptcy for any reason, SPRINGER BROWN shall be entitled to be paid for the time expended on the file at a rate of $325.00 per hour plus reimbursement of its costs expended. If any portion of the retainer is unearned or not required for expenses, it will be refunded to the clients. Each Attorney in the law firm concentrates his or her practice in the area of bankruptcy and bankruptcy litigation and is duly licensed and authorized to practice law in the State of Illinois and United States District Court for the Northern District of Illinois. Non-attorney support staff time although expended, will NOT be billed out without prior approval by the Clients, and will be billed at the rate of bill $125 per hour. All legal services will be performed under the supervision of the owning member attorneys of the law firm.

The retainer stated above shall be considered an "advance payment" retainer pursuant to Dowling v. Chicago Options Associates, Inc. 875 N.E.2d, 1012, Ill., 2007 and pursuant to Rule 1.15 of the Illinois Rules of Professional Conduct. This means that the retainer is considered earned when paid in anticipation of future work. The retainer will not be held in a clients trust account but instead will be deposited into the general operating account of our law firm. You have the right to require the funds be held as a "security retainer" which means they remain the Clients' property until actually earned by completion of the representation as defined above. The choice of how the retainer is treated (i.e. either security or advanced payment) is the clients' alone. However, SPRINGER BROWN will not agree to represent the Clients unless the retainer is an advanced payment retainer. The special purpose for the advanced payment retainer is to protect the funds from the claims of creditors. Clients' funds that are held in a security retainer are still the property of the Clients until earned by the lawyer. Therefore funds

2

held in a security retainer could be garnished by a creditor or turned over to a Bankruptcy Trustee. This would cause SPRINGER BROWN to have no recourse for payment of its fee by the Clients/ Debtor. Given the financial condition of the Clients and the possibility that SPRINGER BROWN could lose the retainer to a creditor or a bankruptcy trustee, if it were determined to be property of the bankruptcy estate, the advance payment retainer offers protection to the Clients and SPRINGER BROWN that the fees for the representation will be available.

SPRINGER BROWN operates as an integrated unit.  A clients who calls upon a particular lawyer in fact retains the entire firm and have at its disposal all of the expertise and resources that the firm have to offer.  Therefore, the lawyer who serves as one's principal contact at the firm may assign the work to another lawyer who have experience in the particular area involved or who is in a better position to perform the legal work most efficiently.  In assigning work within the firm, SPRINGER BROWN strives to achieve the most efficient mix of seniority and expertise, with the goal of providing effective representation to our clients economically.

SPRINGER BROWN cannot quote a specific flat or final fee for services in this matter because we cannot control or predict the nature or extent of the services that may have to be provided.  However, please be assured that we are sensitive to your needs, and that we will do our best at all times to minimize fess and expenses to the extent possible consistent with the furnishings of effective legal services.

In addition to our fees for services, we also bill our clients for out-of-pocket expenses incurred on their behalf.  Reimbursable out-of-pocket expenses include the following: filing fees, computerized legal research fees, electronic access and filing fees, photocopying expenses, long distance telephone toll charges, telecopy charges, necessary travel expenses, and so forth.  Please be advised of our firm policy that clients are required to advance or pay directly any disbursements in excess of $300.

## Termination

The Clients may terminate our engagement as counsel at any time for any reason. SPRINGER BROWN may withdraw as the Clients' legal counsel or from our representation of the Clients in any particular matter for good cause, which includes the Clients' failure to perform their obligations described in this letter, failure to timely make payment for services rendered and expenses advanced, refusal to cooperate with us or to follow our advice on a material matter, or any other fact or circumstances that would render our continuing representation unlawful or unethical.  If and when our services to the Clients conclude, all unpaid fees and costs will be immediately due and payable

## Duties

Effective legal representation requires a high level of cooperation between attorney and clients. **Therefore, by executing this letter, the Clients agree to cooperate with us, keep us fully and truthfully informed of all developments, and to abide by this letter**. In turn, we are agreeing to provide those legal services reasonably required to represent the Clients with respect to the matters described above and to take reasonable steps to keep the Clients informed of our progress and to respond to the Clients' inquiries. Of course, we cannot make any promises or guarantees about the outcome of the matters as to which the Clients have engaged us, and nothing in this letter or in our statements should be so construed. When we provide our opinion as to the probable outcome of any matter, it is with the understanding that our opinion is just that, and not a promise or guarantee.

We encourage our clients to participate actively in the matters we are handling for them, as they are much closer to the details and effects of their affairs than we are and we wish to be certain that our efforts converge with our clients' goal. If at any time you should have a concern, or if we may be of service in another substantive area, we would ask that you raise it with us at once so that we can address your need without delay.

## Electronic Communications

Our clients and our law firm increasingly rely upon electronic communication such as e-mail, text-messaging, cellular telephones and electronic faxes (collectively, "**Electronic Communications**"). By engaging us, absent the Clients' specific instructions to the contrary, you authorize us to use Electronic Communications. Because of their nature, Electronic Communications are not as secure as more traditional lines of communications, such as hard-wired telephones and telephonic faxes, U.S. Mail or couriers. The Clients understands that some risk exists that any and all Electronic Communications could be intercepted by an unauthorized third party, and the Clients hereby accepts the risk. With respect to the use of Electronic Communications for matters of particular sensitivity or for information that could be compromising or damaging to the Clients, the Clients acknowledges that each contact person with whom we are or will be directly working, including SPRINGER BROWN, have the authority to consent specifically to the use of Electronic Communications for such matters. We shall also consider communications from the Clients by Electronic Communications as specific consent to respond by Electronic Communications. *If the Clients do not wish to use Electronic Communications for any particular matter or matters, you will so advise us in writing, or will so advise us orally and confirm the instruction promptly in writing.*

## Other Clients/Conflicts of Interest

As a specialty boutique law firm, it is common for SPRINGER BROWN to be engaged to represent more than one party in a significant bankruptcy or work-out / debt reorganization

4

case. We do not believe that a conflict of interest is raised if we represent more than one party in a Bankruptcy case, as long as all of our clients are adverse to the debtor. We currently have reviewed the case and as of the date of this legal engagement letter, SPRINGER BROWN does not represent any parties adverse to the Clients. However, as is usually the case in any bankruptcy proceeding, the existence of other, non-listed or otherwise unknown parties may give rise to multiple representation by SPRINGER BROWN. In fact, we often find that our clients generally benefit from the economics of scale that arise when fees and costs can be spread among a number of different parties. Therefore, the Clients should be aware that we may in the future be contacted to represent other creditors or non-Debtor parties in interest of the above referenced and related Bankruptcy proceeding. Of course, we will do our standard check to assure that no new clients raises an adverse and/or conflict issue and we will notify you promptly if we become aware of a potential or a pre-existing conflict. However, if we do not perceive a conflict of interest, we may accept other clients without seeking the Clients' approval. In the unlikely event that the Clients decides to take a position adverse to that of another one of our clients in this case (a possibility we do not foresee at this time) then we will not be able to represent the Clients in that dispute.

If the foregoing terms upon which we propose to be engaged and the nature of the engagement are acceptable, please sign or please have a duly authorized representative of the Clients sign and return to me the enclosed copy of this letter. Thank you.

Sincerely,

**SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC**

By:

_____

Kent A. Gaertner
Attorney

Accepted and agreed to by:

_____
Garry J. Bartecki

_____
Isabelle E. Bartecki

5/3rd Bank
PO Box 630337
Cincinatti, OH 45263-0337


5/3rd Bank CC
PO box 740789
Cincinatti, OH 45274-0789


700 Credit
2233 W 190th Street
Torrance, CA 90504


A Plus business Forms & Systems, In
Post Office Box 935
Wisconsin Rapids, WI 54495


Abrams and Abrams P.C.
180 W. Washington St. #910
Chicago, IL 60602


ADP Dealer Services
P.O. Box 88921
Chicago, IL 60695-1921


ADT Security Services, Inc.
P.O. Box 88921
Chicago, IL 60695


Amer Suzuki Mtr Corp
3251 E Imperial Hwy
Brea, CA 92822-1100


America Honda Finance
1235 Old Alpharetta
Suite 190
Alpharetta, GA 30005


American Express
P.O. 650448
Dallas, TX 75265


American Express
P.O. 650448
Dallas, TX 75265

American Express
PO Box 0001
Los Angeles, CA 90096-8000


American Express
PO Box 0001
Los Angeles, CA 90096-8000


American Honda
1919 Torrance Blvd
Torrece, CA 90501


American Honda Motor Corporation
Post Office Box Box 70252
Philadelphia, PA 19126-0252


American Marketing
PO Box 982
DeKalb, IL 60015


American Suzuki Motor Corporation
3251 E. Imperial Hwy
Brea, CA 92822


AMEX
PO Box 0001
Los Angeles, CA 90096-8000


AMEX
PO Box 0001
Los Angeles, CA 90096-8000


ATT Yellow Pages
C/O Joesph Mann & Creed
20600 Chagrin Blvd.
Shaker Heights, OH 44122


Attny Suzanne Bonds
Hinshaw and Culberson LLP.
4343 Commerce Ct.  Suite #415
Lisle, IL 60532


Autofocus-Chicago
221 S. Mitchell Court, A-3
Addison, IL 60101

Clintas Corporation
Post Office Box #5
Bedford Park, IL 60499-0005


Collin's License & Title Service
1719 Bellechase Dr.
Dallas, TX 75265-0262


Comerica Bank
Mail Code 6512 - SBA
P.O. Box 650282
Dallas, TX 75265-0282


Comerica Bank
Mail Code 6512 - SBA
P.O. Box 650282
Dallas, TX 75265-0282


Comerica Bank
PO Box 650282
Dallas, TX 75265-0202


Comerica Bank
PO Box 650282; M.S. 6512-SBA
Dallas, TX 75265-0262


Cook County Collector
PO Box 641278
Chicago, IL 60664-1278


Custom Assembly, Inc.
2952 CR 107
Haviland, OH 45851


Daniels Printing & Office Supply
14800 S. Cicero Avenue
Oak Forest, IL 60452


DEX
8519 Innovation Way
Chicago, IL 60682


Ebels Ace Hardware
15541 S. Cicero
Oak Forest, IL 60452

Euler Hermes UMA
600 S. 7th St.
Louisville, KY 40201-1672


Exxon Mobile
PO Box 530988
Atlanta, GA 30353


Fifth Third Bank
P.O. 740789
Cincinnati, OH 45263


Fifth Third Bank
P.O. 630337
Cincinnati, OH 45263-0337


First Insurance Funding Corp.
450 Skokie Blvd., Suite 1000
Northbrook, IL 60062


Fox Racing, Inc.
Dept. 33155 PO Box 3900
San Francisco, CA 94139-3155


Fox Valley Towels
1631 N 31st Ave
Melrose Park, IL 60160


Friends of Nypum
1919 Torrance Blvd
Torrance, CA 90501


G.E. Capital Solutions
#4 Park Plaza, Suite #2040
Irvine, CA 92614


G.E. Commercial Yamaha
4 Park Plaza  Suite #2040
Irvine, CA 92614


Gart Sutton & Associates, Inc
111 Bayside Place
Corona Del Mar, CA 92625

GE Commercial Finance - TGB Special
75 Remittance Drive, Suite 6999
Chicago, IL 60675

GE Commercial Finance, Suzuki
75 Remittance Drive, Suite 1040
Chicago, IL 60675

GE Commercial Suzuki
4 Park Plaza
Suite #2040
Irvine, CA 92614

GE Commerical Finance Yamaha
75 Remittance Dr., Suite 6995
Chicago, IL 60675-6995

GMAC
Mail Drop 5.1.8
2828 N. Haskell Av.
Dallas, TX 75204

GMAC Mortgage
P.O. Box 9001719
Louisville, KY 40290-1719

Great American Insurance
Post Office Box 23850
San Diego, CA 92193-3850

GTI Recycling
2943 W. Wireton Road
Blue Island, IL 60406

Hales Sport Center
1400 Harrington Memorial Road
Mansfield, OH 44903

Herman Wilson
212 W 155th St
Harvey, IL 60426

Hinckley Springs
5660 New Northside Dr., Suite 500
Atlanta, GA 30328

Home Depot
Po Box 6925
The Lakes, NV 88901


HSBC credit card
PO Box 37281
Baltimore, MD 31297-3281


HSBC Retail Services
PO Box 17574
Baltimore, MD 21297-1574


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Tollway
PO Box 5201
Lisle, IL 60532


Ingalls Occupational Health
75 Remittance Drive Suite 1660
Chicago, IL 60675-1660


Internal Revenue Service
PO 7346
Philadelphia, PA 19101-7346


Jacalyn Novack
15315 Treetop Dr. Unit #1N
Orland Park, IL 60462


Jack Isom
10360 S. Parkside 3A
Oak Lawn, IL 60453


Jesus Rivera, Jr.

K & L Supply Company
1040 Richard Avenue
Santa Clara, CA 95050


Kawasaki Motors
Po Box 25252
Santa Ana, CA 92779-5252


Kawasaki Motors Finance Company
9950 Jeronimo Rd
Irvine, CA 92618


Kawasaki Motors Finance Corp.
P.O. Box 25301
Santa Ana, CA 92799


Liberty Tires


M&M Auto Glass
4047 W. 147th Street
Bridgeview, IL 60455


Macy credit card
PO Box 689195
Des Moines, IA 50369


MB Financial
6111 N. River Rd.
Rosemont, IL 60018


MB Financial
6111 N. River Rd.
Rosemont, IL 60018


Meltzer, Purtill & Stelle LLC
1515 E. Woodfield Rd.  2nd Flr.
Schaumburg, IL 60173


Midloathian Sport and Cycle LLC
Debtors address


Midlothian sport & Cycle LLC
Debtors address

```
Midlothian Sport and Cycle LLC
Debtors address


Midlothian Sport and Cycle LLC
Debtors' address


Midlothian Sport and Cycle LLC.
Debtors address


Midlothian Sports & Cycle LLC
Debtor's address


Midlothian Sports & Cycle LLC.
45 Bradford Ln.
Oak Brook, IL 60523


Midlothian sports & Cycle LLC.
Debtor's address


Midlothian Sports and Cycle LLC
Debtors' Address


Midlothian Sports and Cycle LLC
Debtors' address


Midwest Motorcycle Setups, Inc.
2100 W 16th Street
Broadview, IL 60155


National Auto Research Division
PO Box 404040
Atlanta, GA 30384-4040


Nextmedia Group, Inc
Dept. 809217
Chicago, IL 60680


NHJ
4141 W 126th St
Alsip, IL 60803
```

Nichols Distributing
4141 W. 126th Street
Alsip, IL 60803


Occusure Workers Compensation
6 Cadillac Drive, Suite 370


Office Depot
PO Box 633211
Crown City, OH 45623-3211


Phillips Motorsport Group
151 Calle Iglesia
San Clemente, CA 92672


Pugi of Chicagoland
2020 W. Ogden Av.
Downers Grove, IL 60515


Quinlan Security Sys
8940 W. 192nd St. Suite J
Mokena, IL 60448


Sears Master Card
P.O. Box 183081
Columbus, OH 43218-3082


Secretary of State
501 S. Second St. Rm 351
Springfield, IL 62756


Service Guard Systems, Inc.
28601 Chargin Blvd., Suite 400
Beachwood, OH 44122


Snap-On Business Solutions
Post Ofice Box 23756
Chicago, IL 60673


Stein and Ratman
105 W. Madison St.
Chicago, IL 60602

Sullivans Motorcycle Accessories
PO Box 599
Hanson, MA 02341-0598


Sun Life Financial
One Sun Life Executive Park
Wellesley Hills, MA 02481


Suzuki Motor Finance


The Home Depot Credit Services
Post Office Box 6925
The Lakes, NV 88901-6925


Tri-R Distributing, Inc.
Post Office Box 98
Matteson, IL 60443


Trucker Rocky
3048 Paysphere Circle
Chicago, IL 60674


V-Sept, Inc.
3001 North Rocky Point Drive, E
Tampa, FL 33607


W-A-R, Inc.
302 Fox Glen Court Suite #2
Barrington, IL 60010


Wells Fargo Home Mortgage
P.O. Box 10335
Des Moines, IA 50306


Wells Fargo Home Mortgage
P.O. Box 14411
Des Moines, IA 50306-3411


XM Satellite Radio
PO Box 9001399
Louisville, KY 40290-1399

Yamaha Motor Corporation
10801 88th Ave
Pleasant Prairie, WI 53158


Yamaha Mtr Corp
6555 Katella Ave
Cypress, CA 90630


Yellow Book Sales & Dist
C/O Johnson Legal
39 S LaSalle, #280
Chicago, IL 60603


Yellow Book USA - West
Post Office Box 660052
Dallas, TX 75266-2252


Yvoone & Robert Normoyle
15425 S Pulaski
Markham, IL