**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re   Garry J. & Isabelle E. Bartecki         )
                                                )
                                                )   Bankruptcy No. _____11-21133_____
                                                )
             Debtor.                            )   Chapter _____7_____

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant: _____Johnson Legal Group, LLC, Cindy M. Johnson, Kyle A. Lindsey_____

Authorized to Provide Professional Services to: _____Gina Krol_____

Date of Order Authorizing Employment: _____June 29, 2012_____

Period for Which Compensation is Sought:
From _____July 3_____, __2012__ through _____January 16_____, __2013__

Amount of Fees Sought:   $ 19,140.90

Amount of Expense Reimbursement Sought:   $ 2,509.92

This is an:   Interim Application _____   Final Application __✓__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 2/8/13 | 7/3/12 - 1/16/13 | $13,590.11 | $13,590.11 | $13,590.11 |

Dated: ____November 22, 2013____        _____/s/ Kyle A. Lindsey_____
                                                               (Counsel)

(Rev 11/19/10)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case no. 11 B 21133 |
| Garry J. and Isabelle E. Bartecki ) | |
| ) | Chapter 7 |
| ) | Hon. Donald R. Cassling |
| Debtor. ) | |
| ) | Set for December 13, 2013 |
| ) | at 10:00 a.m. |

### NOTICE OF MOTION

TO:   See attached service list

    PLEASE TAKE NOTICE that on December 13, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald Cassling in 4016 of the Dupage Courthouse, 505 N. County Farm Road, Wheaton, Illinois, or, in his absence, before any other Judge who may be sitting in her stead, and shall then and there present **Application of Special Counsel for Final Compensation and Reimbursement**, a copy of which is attached hereto and is hereby served upon you.

                                                              /s/ Kyle A. Lindsey

Kyle A. Lindsey
Johnson Legal Group, LLC
39 South LaSalle Street, Suite 820
Chicago, Illinois  60603
(312) 345-1306

### CERTIFICATE OF SERVICE

    I, Kyle A. Lindsey, an attorney, certify that I will cause to be served true and correct copies of the foregoing notice and document to which it refers to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system no later than November 22, and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 39 S. LaSalle Street, Chicago, Illinois at no later than 5:00 p.m. on November 22, 2013.

                                                              /s/ Kyle A. Lindsey

SERVICE LIST

To be served via CM/ECF:

Elizabeth A. Bates
ebates@springerbrown.com

Kent A. Gaertner
kgaertner@springerbrown.com

Patrick S. Laynd
USTPRegion11.ES.ECF@usdoj.gov

Clay Mosberg
cmosber@fallaw.com

To be served via U.S. Mail:

| | | |
|---|---|---|
| Gary J. Bartecki<br>45 Bradford Lane<br>Oak Brook, IL 60523 | Isabelle E. Bartecki<br>45 Bradford Lane<br>Oak Brook, IL 60523 | 5/3rd Bank<br>PO Box 630337<br>Cincinatti, OH 45263-0337 |
| 5/3rd Bank CC<br>PO box 740789<br>Cincinatti, OH 45274-0789 | 700 Credit<br>2233 W 190th Street<br>Torrance, CA 90504 | A Plus business Forms &<br>Systems, Inc.<br>Post Office Box 935<br>Wisconsin Rapids, WI 54495 |
| Abrams and Abrams P.C.<br>180 W. Washington St. #910<br>Chicago, IL 60602 | ADP Dealer Services<br>P.O. Box 88921<br>Chicago, IL 60695-1921 | ADT Security Services, Inc.<br>P.O. Box 88921<br>Chicago, IL 60695 |
| Amer Suzuki Mtr Corp<br>3251 E Imperial Hwy<br>Brea, CA 92822-1100 | America Honda Finance<br>1235 Old Alpharetta ,Suite 190<br>Alpharetta, GA 30005 | American Express<br>P.O. 650448<br>Dallas, TX 75265 |
| American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | American Express<br>P.O. 650448<br>Dallas, TX 75265 | American Express<br>PO Box 0001<br>Los Angeles, CA 90096-8000 |
| American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | American Honda<br>1919 Torrance Blvd<br>Torrece, CA 90501 |
| American Honda Motor<br>Corporation<br>Post Office Box Box 70252<br>Philadelphia, PA 19126-0252 | American Marketing<br>PO Box 982<br>DeKalb, IL 60015 | American Suzuki Motor<br>Corporation<br>3251 E. Imperial Hwy<br>Brea, CA 92822 |

| | | |
|---|---|---|
| AMEX<br>PO Box 0001<br>Los Angeles, CA 90096-8000 | AT&T<br>Bankruptcy Department<br>PO Box 769<br>Arlington TX 76004 | ATT Yellow Pages<br>C/O Joesph Mann & Creed<br>20600 Chagrin Blvd.<br>Shaker Heights, OH 44122 |
| Attny Suzanne Bonds<br>Hinshaw and Culberson LLP.<br>4343 Commerce Ct. Suite #415<br>Lisle, IL 60532 | Autofocus-Chicago<br>221 S. Mitchell Court, A-3<br>Addison, IL 60101 | Clintas Corporation<br>Post Office Box #5<br>Bedford Park, IL 60499-0005 |
| Collin's License & Title Service<br>1719 Bellechase Dr.<br>Dallas, TX 75265-0262 | ComEd Company<br>3 Lincoln Center<br>Attn: Claims Department<br>Oak Brook IL 60181 | Comerica Bank<br>Mail Code 6512 - SBA<br>P.O. Box 650282<br>Dallas, TX 75265-0282 |
| Cook County Collector<br>PO Box 641278<br>Chicago, IL 60664-1278 | Custom Assembly, Inc.<br>2952 CR 107<br>Haviland, OH 45851 | Daniels Printing & Office Supply<br>14800 S. Cicero Avenue<br>Oak Forest, IL 60452 |
| Department of the Treasury<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia PA 19101-7346 | DEX<br>8519 Innovation Way<br>Chicago, IL 60682 | Ebels Ace Hardware<br>15541 S. Cicero<br>Oak Forest, IL 60452 |
| Euler Hermes UMA<br>600 S. 7th St.<br>Louisville, KY 40201-1672 | Exxon Mobile<br>PO Box 530988<br>Atlanta, GA 30353 | First Insurance Funding Corp.<br>450 Skokie Blvd., Suite 1000<br>Northbrook, IL 60062 |
| Fox Racing, Inc.<br>Dept. 33155 PO Box 3900<br>San Francisco, CA 94139-3155 | Fox Valley Towels<br>1631 N 31st Ave<br>Melrose Park, IL 60160 | Friends of Nypum<br>1919 Torrance Blvd<br>Torrance, CA 90501 |
| G.E. Capital Solutions<br>4 Park Plaza, Suite #2040<br>Irvine, CA 92614 | G.E. Commercial Yamaha<br>4 Park Plaza Suite #2040<br>Irvine, CA 92614 | G.E. Yamaha<br>75 Remittance Dr.<br>Ste #6995<br>Chicago, IL 60675-6995 |
| Gart Sutton & Associates, Inc<br>111 Bayside Place<br>Corona Del Mar, CA 92625 | GE Commercial Finance - TGB<br>Special<br>75 Remittance Drive, Suite 6999<br>Chicago, IL 60675 | GE Commercial Suzuki<br>4 Park Plaza<br>Suite #2040<br>Irvine, CA 92614 |
| GE Commerical Finance<br>Yamaha<br>75 Remittance Dr., Suite 6995<br>Chicago, IL 60675-6995 | GMAC<br>Mail Drop 5.1.8<br>2828 N. Haskell Av.<br>Dallas, TX 75204 | GMAC Mortgage<br>1100 Virginia Dr.<br>Fort Washington, PA 19034 |
| GMAC Mortgage<br>P.O. Box 9001719<br>Louisville, KY 40290-1719 | Great American Insurance<br>Post Office Box 23850<br>San Diego, CA 92193-3850 | GTI Recycling<br>2943 W. Wireton Road<br>Blue Island, IL 60406 |

Hales Sport Center
1400 Harrington Memorial Road
Mansfield, OH 44903

Herman Wilson
212 W 155th St
Harvey, IL 60426

Hinckley Springs
5660 New Northside Dr., Suite 500
Atlanta, GA 30328

Home Depot
Po Box 6925
The Lakes, NV 88901

Home Pages
PO Box 982
DeKalb, IL 60115

HSBC credit card
PO Box 37281
Baltimore, MD 31297-3281

HSBC Retail Services
PO Box 17574
Baltimore, MD 21297-1574

Humana Medical c/oRMS
77 Hartland St
Carol Stream, IL 60128-0431

Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602

Illinois Department of Revenue
Bankruptcy Section
P O Box 64338
Chicago IL 60664-0338

Illinois Tollway
PO Box 5201
Lisle, IL 60532

Ingalls Occupational Health
75 Remittance Drive Suite 1660
Chicago, IL 60675-1660

Internal Revenue Service
PO 7346
Philadelphia, PA 19101-7346

Jacalyn Novack
15315 Treetop Dr. Unit #1N
Orland Park, IL 60462

Jack Isom
18933 Meadow Creek Dr.
Mokena, IL 60448-9110

Jack Isom
10360 S. Parkside 3A
Oak Lawn, IL 60453

Kawasaki Motors Finance Company
9950 Jeronimo Rd
Irvine, CA 92618

K & L Supply Company
1040 Richard Avenue
Santa Clara, CA 95050

Kawasaki Motors
Po Box 25252
Santa Ana, CA 92779-5252

Macy credit card
PO Box 689195
Des Moines, IA 50369

Kawasaki Motors Finance Corp.
P.O. Box 25301
Santa Ana, CA 92799

M&M Auto Glass
4047 W. 147th Street
Bridgeview, IL 60455

Meltzer, Purtill & Stelle LLC
1515 E. Woodfield Rd. 2nd Flr.
Schaumburg, IL 60173

MB Financial
6111 N. River Rd.
Rosemont, IL 60018

National Auto Research Division
PO Box 404040
Atlanta, GA 30384-4040

Midlothian Sports & Cycle LLC.
45 Bradford Ln.
Oak Brook, IL 60523

Midwest Motorcycle Setups, Inc.
2100 W 16th Street
Broadview, IL 60155

Nichols Distributing
4141 W. 126th Street
Alsip, IL 60803

Nextmedia Group, Inc
Dept. 809217
Chicago, IL 60680

NHJ
4141 W 126th St
Alsip, IL 60803

Office Depot
PO Box 633211
Crown City, OH 45623-3211

Nicor
PO Box 0632
Aurora, IL 60507-0632

Occusure Workers Compensation
6 Cadillac Drive, Suite 370

Quinlan Security Sys
8940 W. 192nd St. Suite J
Mokena, IL 60448

Phillips Motorsport Group
151 Calle Iglesia
San Clemente, CA 92672

| | | |
|---|---|---|
| Pugi of Chicagoland<br>2020 W. Ogden Av.<br>Downers Grove, IL 60515 | Service Guard Systems, Inc.<br>28601 Chargin Blvd., Suite 400<br>Beachwood, OH 44122 | Sears Master Card<br>P.O. Box 183081<br>Columbus, OH 43218-3082 |
| Secretary of State<br>501 S. Second St. Rm 351<br>Springfield, IL 62756 | Sullivans Motorcycle Accessories<br>PO Box 599<br>Hanson, MA 02341-0598 | Snap-On Business Solutions<br>Post Ofice Box 23756<br>Chicago, IL 60673 |
| Stein and Ratman<br>105 W. Madison St.<br>Chicago, IL 60602 | The Home Depot Credit Services<br>Post Office Box 6925<br>The Lakes, NV 88901-6925 | Sun Life Financial<br>One Sun Life Executive Park<br>Wellesley Hills, MA 02481 |
| Suzuki Motor Finance<br>3251 E Imperial Hwy<br>Brea, CA 92822 | Trucker Rocky<br>3048 Paysphere Circle<br>Chicago, IL 60674 | The Zone/Martin Pavlonis<br>4520 W 63rd St<br>Chicago, IL 60629 |
| Tri-R Distributing, Inc.<br>Post Office Box 98<br>Matteson, IL 60443 | W-A-R, Inc.<br>302 Fox Glen Court Suite #2<br>Barrington, IL 60010 | Tucker-Rocky Distributing<br>c/o Stein and Rotman<br>105 W. Madison St.<br>Chicago, IL 60602-5375 |
| V-Sept, Inc.<br>3001 North Rocky Point Drive, E<br>Tampa, FL 33607 | | Wells Fargo Home Mortgage<br>P.O. Box 14411<br>Des Moines, IA 50306-3411 |
| XM Satellite Radio<br>PO Box 9001399<br>Louisville, KY 40290-1399 | Yamaha Motor Corporation<br>10801 88th Ave<br>Pleasant Prairie, WI 53158 | Yamaha Mtr Corp<br>6555 Katella Ave<br>Cypress, CA 90630 |
| Yellow Book Sales<br>c/o Johnson Legal Group<br>39 S. LaSalle St. #820<br>Chicago, IL 60603 | Yellow Book USA - West<br>Post Office Box 660052<br>Dallas, TX 75266-2252 | Yvoone & Robert Normoyle<br>15425 S Pulaski<br>Markham, IL |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case no. 11 B 21133 |
| Garry J. and Isabelle E. Bartecki ) | |
| ) | Chapter 7 |
| ) | Hon. Donald R. Cassling |
| Debtor. ) | |
| ) | Set for December 13, 2013 |
| ) | at 10:00 a.m. |

**FINAL APPLICATION OF SPECIAL COUNSEL
FOR INTERIM COMPENSATION AND REIMBURSEMENT**

Kyle A. Lindsey and the law firm Johnson Legal Group, LLC, attorneys for Gina B. Krol (the "Trustee"), not individually but as Trustee of the estate of Garry J. and Isabelle E. Bartecki (the "Estate"), pursuant to Sections 330 and 331 of the United States Bankruptcy Code (the "Code"), respectfully applies to this Honorable Court for an award of final compensation and final costs in the amount of $31,650.82, and asks that it grant such other and further relief as the Court upon hearing shall deem just and equitable;

IN SUPPORT WHEREOF, Applicant, and respectfully urges the Court to find, as follows:

**A.  BACKGROUND OF THE CASE**

1.  On May 18, 2011 (the "Petition Date"), the Debtors filed a Voluntary Petition For Relief (the "Petition"), according to the provisions of Chapter 7 of the Code.

2.  David E. Grochocinski was appointed Interim Trustee by the United States Trustee, and resigned his appointment on May 23, 2011

   Gina B. Krol was appointed, and has been acting as the Trustee of the Estate since.

### B. BACKGROUND OF THE APPLICANT'S EMPLOYMENT AND NATURE OF SERVICES

1. On June 29, 2012, an order was entered authorizing the employment of Applicant as Special Litigation Counsel for Trustee to perform all legal services necessary or required to seek recoveries of assets of the estate from debtor(s) and insiders of the debtors (and/or their successors, assigns or any subsequent transferees).

2. At the time of its retention, Applicant agreed to represent the Trustee as her legal counsel as aforesaid in consideration of such compensation and reimbursement as the Court might allow upon applications made pursuant to Section 330 or 331 of the Code.

### C. BACKGROUND AS TO INTERIM FEES PREVIOUSLY AWARDED

1. On March 1, 2013, Applicant presented its First application for fees to the Court, asking for an amount certain for fees through January 16, 2013.

2. This Court awarded interim fees in the amount of $13,540.00 and costs in the amount of $50.11.

### D. PRELIMINARY OVERVIEW OF APPLICATION

1. Applicant regularly made and kept records of services rendered on behalf of the Estate, including a summary or description of the services rendered; the date the services were rendered; the attorney who rendered the services; and the time expended to render the services, in one-tenth-hour increments.

2. The services rendered have been broken down into three categories related to a proceeding for turnover of non-exempt tax refunds against Garry and Isabelle Bartecki, an adversary against Jacalyn Novack related to avoidance of a fraudulent conveyance and general representation of the Trustee in determining if additional assets are available for recovery.

3. The records were made by each attorney employed by Applicant, at or about the time the services were rendered, by means of entering them into the legal time-billing software PC Law, and by reviewing them on a monthly basis for accuracy after printing them from PC Law.

4. The report from which the Exhibits referenced below is derived was printed by Applicant from Johnson Legal Group, LLC's PC Law system for all services rendered.

5. Although the written reports generated by Applicant's PC Law systems reflect, in chronological order, the dates services were rendered, the written reports do not necessarily reflect, in chronological order, the time of day services were rendered. Accordingly, the sequence of the entries on any one date, as appears on the Exhibits referenced below, may not always follow in logical progression.

20. Under this Application, Applicant is also seeking a final award for reimbursement of expenses incurred on behalf of the Trustee. Details regarding those expenses are set forth later in this application.

### E. SUMMARY OF SERVICES RENDERED

1. Since the Employment Date, through December 13, 2013, Cindy M. Johnson, Kyle A. Lindsey have rendered 93.4 total hours of service on behalf of the Trustee for which interim compensation was sought and granted. A chronological summary of the services rendered up to the time of the First Application for fees is attached hereto, identified as **Exhibit D** and incorporated herein by reference. Since January 16, 2013 through December 13, 2013, Cindy M. Johnson, Kyle A. Lindsey have rendered 53.6 total hours of service on behalf of the Trustee for which final compensation is sought.

2. A chronological summary of the services rendered for the purposes of a turnover of non-exempt tax refunds is attached hereto, identified as **Exhibit A** and incorporated herein by reference. The non-exempt tax refund sought was a federal tax refund that was rolled forward by the debtor during the pendency of the bankruptcy

case. An agreement was reached resolving the matter. As a result, the estate recouped $43,507.56 from the efforts of Johnson Legal Group, LLC.

3. A chronological summary of the services rendered for the purposes of the adversary against Jacalyn Novack regarding the recovery of a fraudulent conveyance is attached hereto, identified as **Exhibit B** and incorporated herein by reference. The fraudulent conveyance of over $19,000.00 based on a transfer of an improperly disclaimed inheritance by Debtor to his daughter, Jacalyn Novack. An agreement was reached resolving the matter pending court approval. As a result, the estate will recoup $10,000.00 from the efforts of Johnson Legal Group, LLC.

4. A chronological summary of the services rendered for the purposes of a investigating whether additional assets are available for recovery is attached hereto, identified as **Exhibit C** and incorporated herein by reference.

5. Applicant seeks final compensation in the amount of $29,140.90 for 93.4 hours of services rendered *(20.7 hours were recorded as "no charge")*.

6. A summary of the costs incurred by Applicant on behalf of the Trustee is attached hereto, at the end of Exhibits A and B. These costs are all costs directly related to Applicant's services to the Trustee. These costs include any filing fee, photocopies (at $.15 per copy until August 1, 2012 and then $.20 thereafter, which is roughly the amount that Applicant pays in its copier lease for each copy), mileage, deposition transcript, and postage.

7. Applicant seeks reimbursement for expenses in the amount of $2,509.92.

### E.  SUMMARY OF PERSONNEL WHO RENDERED SERVICES AND AMOUNT OF SERVICES PERFORMED BY EACH PERSON

1. The professional persons listed below rendered legal services to the Trustee.

2. Cindy M. Johnson ("CMJ") became licensed as an attorney in 1988. Her current regular hourly rate was $405.00 per hour during 2012 and is $415.00 in 2013. She has concentrated her practice in the areas of collection, commercial litigation and

bankruptcy. She is familiar with all aspects of collection, from pre-suit through the collection of a judgment in both the state and federal courts. She also has extensive experience representing debtors, creditors and trustees in bankruptcy proceedings. From July 3, 2012 through December 13, 2013, she, personally, has rendered 1.3 hours of service regarding turnover of the tax refunds of which 0.4 hours of compensation is sought. The remaining .9 hours are being held as no charge as the charges were related to administrative functions or travel time. Additionally, she rendered .3 hours of service regarding the adversary against Jacalyn Novack regarding fraudulent conveyance of which 0.0 hours of compensation is sought. The remaining .3 hours are being held as no charge as the charges were related to administrative functions or travel time. Finally, she rendered 1.7 hours of service investigating whether additional assets are available for recovery on behalf of the Trustee of which 1.2 hours of compensation is sought. The remaining .5 hours are being held as no charge as the charges were related to administrative functions or travel time.

   3. Kyle A. Lindsey ("KAL") became licensed as an attorney in Wisconsin in 2007 and in Illinois in 2010. His regular hourly rate was $330.00 per hour during 2012 and is $335.00 in 2013. Prior to joining Johnson Legal Group, LLC, he concentrated his practice in consumer debtor bankruptcy (including Chapter 7 and Chapter 13 consumer bankruptcy filings), and has extensive experience representing debtors in bankruptcy. Since joining the firm, he has practiced principally in the area of creditors' rights in state court (including commercial litigation, commercial collection, and post judgment enforcement), and bankruptcy (including nondischargeability adversaries, preference defense, defense of objections to claims, plan review in Chapter 11, creditor issues in Chapter 13 cases, petitioning creditor representation in an involuntary bankruptcy and trustee representation). From July 3, 2012 through December 13, 2013, he personally

has rendered 37.6 hours of service regarding turnover of the tax refunds of which 27.0 hours of compensation is sought. The remaining 10.6 hours are being held as no charge as the charges were related to administrative functions or travel time. Additionally, he rendered 20.9 hours of service regarding the adversary against Jacalyn Novack regarding fraudulent conveyance of which 13.4 hours of compensation is sought. The remaining 7.5 hours are being held as no charge as the charges were related to administrative functions or travel time. Finally, he rendered 37.9 hours of service investigating whether additional assets are available for recovery on behalf of the Trustee of which 36.0 hours of compensation is sought. The remaining 1.9 hours are being held as no charge as the charges were related to administrative functions or travel time.

## F.  SUMMARY OF COMPENSATION REQUESTED

1. Applicant asks the Court to award interim compensation in the sum of $29,140.90 for 93.4 hours of services Applicant has rendered since the Employment Date through December 13, 2013.

2. $25,483.90 of the final compensation requested is sought for services rendered by Kyle A. Lindsey, representing compensation at a rate of $330.00 per hour for services rendered during 2012 and $335.00 per hour for services rendered during 2013. $657.00 of the interim compensation is sought for services rendered by Cindy M. Johnson, representing compensation at a rate of $405.00 per hour for services rendered during 2012 and $415.00 per hour for services rendered during 2013.

3. The award Applicant seeks as interim compensation for services rendered on behalf of the Trustee represents an average rate of compensation of $312.00 per hour.

## G. STATEMENT WITH RESPECT TO EXPENSES

1. The only expenses incurred on behalf of the Trustee for which Applicant requests reimbursement are for photocopies, for the transcript of the Rule 2004 examination, any filing fees, in-house copy charges at $.15 per copy until August 1, 2012 and then $.20 thereafter (the approximate cost of Applicant's copier lease and paper and a per copy charge) and for postage for large mailings that were sent. All expenses are being charged to Trustee at the actual cost Applicant incurred for them.

2. The total expense reimbursement requested is $2,459.81. The expenses are detailed within Exhibit C.

3. Applicant does not seek reimbursement of expenses incurred for routine postage, facsimile transmissions, local or long distance telephone calls or other such administrative functions, although Applicant has incurred such costs in connection with services it rendered on behalf of the Trustee. *Additionally, Applicant is not seeking compensation for preparing this final application or for time for appearing in Court to present this final application.*

## H. STATEMENTS AS TO OTHER MATTERS

1. All services for which Applicant seeks interim compensation hereunder were rendered by Applicant solely on behalf of the Trustee.

2. The rate of compensation Applicant requests for services rendered to the Trustee is the standard rates other attorneys of similar experience, expertise and reputation generally seek as compensation for comparable services rendered in connection with bankruptcy proceedings within this District.

3. Applicant has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement Applicant shall receive for services Applicant renders or expenses Applicant incurs on behalf of the Trustee.

4. No person, firm or entity has promised to provide Applicant any compensation or reimbursement for services Applicant renders or expenses Applicant incurs on behalf of the Trustee. The exclusive source of such compensation and reimbursement, if any, shall be the available funds of the Debtor's Estate.

5. Except as permitted by Section 504(b) of the Code, Applicant has neither shared nor agreed to share with any person, firm or entity, any compensation or reimbursement Applicant may receive for services rendered or expenses incurred on behalf of the Trustee.

## I. PRAYER FOR RELIEF

**WHEREFORE**, the Applicant, Kyle A. Lindsey of Johnson Legal Group, LLC, and attorneys who were in the employ of Johnson Legal Group, LLC, respectfully pray this Honorable Court to grant relief, after hearing upon notice as provided by Rule 2002(a)(7) of the Federal Rules of Bankruptcy Procedure, as follows:

**I.** To award Applicant final compensation in the amount of $19,140.90 for hourly fees;

**II.** To allow Applicant reimbursement of costs expended in the amount of $2,509.92;

**III.** To direct the Trustee to credit the interim fee allowance of $13,540.00 and costs of $50.11 previously paid by the trustee against that amount, and, thus, direct the trustee to disburse additional fees in the amount of $12,600.90 and additional costs in the amount of $2,459.81 to Applicant promptly; and

**IV.** To grant the Applicant such other and further relief as the Court upon hearing shall deem just and equitable.

Respectfully Submitted,
KYLE A. LINDSEY and
JOHNSON LEGAL GROUP, LLC,


BY:__/s/ Kyle A. Lindsey_____
Johnson Legal Group, LLC

Kyle A. Lindsey
Johnson Legal Group, LLC
39 S. LaSalle Street, Suite 820
Chicago, Illinois  60603
312-345-1306