**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
EASTERN DIVISION

In Re  Garry J. & Isabelle E. Bartecki    )
                                          )
                                          )    Bankruptcy No.  11-21133
                                          )
            Debtor.                       )    Chapter  7

**AMENDED**

**COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION**
**(IN CASES UNDER CHAPTERS 7, 11 AND 12)**

Name of Applicant:  Johnson Legal Group, LLC, Cindy M. Johnson, Kyle A. Lindsey

Authorized to Provide Professional Services to:  Gina Krol

Date of Order Authorizing Employment:  June 29, 2012

Period for Which Compensation is Sought:
From  July 3 , 2012  through  January 16 , 2013

Amount of Fees Sought:  $ 26,141.00

Amount of Expense Reimbursement Sought:  $ 2,509.92

This is an:    Interim Application _____    Final Application  ✓

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 2/8/13 | 7/3/12 - 1/16/13 | $13,590.11 | $13,590.11 | $13,590.11 |

Dated:  November 27, 2013                          /s/ Kyle A. Lindsey
                                                        (Counsel)

(Rev 11/19/10)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case no. 11 B 21133 |
| Garry J. and Isabelle E. Bartecki ) | |
| ) | Chapter 7 |
| ) | Hon. Donald R. Cassling |
| Debtor. ) | |
| ) | Set for December 13, 2013 |
| ) | at 10:00 a.m. |

## NOTICE OF AMENDED MOTION

TO:   See attached service list

PLEASE TAKE NOTICE that on December 13, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald Cassling in 4016 of the DuPage Courthouse, 505 N. County Farm Road, Wheaton, Illinois, or, in his absence, before any other Judge who may be sitting in her stead, and shall then and there present the **Amended Application of Special Counsel for Final Compensation and Reimbursement.**

The invoices and statements attached to the original application showed the correct amounts sought, although certain calculation errors were made in totaling those numbers in the body of the application and on the cover sheet. To advise you of the total amounts sought, an Amended Cover Sheet for Application for Professional Compensation is being served upon you herewith. If you would like a copy of the full Amended Application, contact the undersigned by telephone or by email at KLindsey@JNLegal.net and a copy will be forwarded to you at no cost to you.

/s/ Kyle A. Lindsey

Kyle A. Lindsey
Johnson Legal Group, LLC
39 South LaSalle Street, Suite 820
Chicago, Illinois  60603
(312) 345-1306

## CERTIFICATE OF SERVICE

I, Kyle A. Lindsey, an attorney, certify that I caused cause to be served true and correct copies of the foregoing notice, Amended Cover Sheet for Application for Professional Compensation, and Amended Application of Special Counsel for Final Compensation and Reimbursement to the persons listed on the attached service list via electronic service on those registered in the CM/ECF system no later than November 27, 2013 and, copies of the foregoing notice, and Amended Cover Sheet for Application for Professional Compensation, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 39 S. LaSalle Street, Chicago, Illinois at no later than 5:00 p.m. on November 27, 2013.

/s/ Kyle A. Lindsey

Gina B Krol
Cohen & Krol
105 West Madison St Ste 1100
Chicago, IL 60602-4600

5/3rd Bank
PO Box 630337
Cincinatti, OH 45263-0337

5/3rd Bank CC
PO box 740789
Cincinatti, OH 45274-0789

700 Credit
2233 W 190th Street
Torrance, CA 90504-6001

A Plus business Forms & Systems, In
Post Office Box 935
Wisconsin Rapids, WI 54495-0935

ADP Dealer Services
P.O. Box 88921
Chicago, IL 60695-1921

ADT Security Services, Inc.
P.O. Box 88921
Chicago, IL 60695-1921

The Zone/Martin Pavlonis
4520 W 63rd St
Chicago, IL 60629-5533

AT&T
Bankruptcy Department
PO Box 769
Arlington TX 76004-0769

ATT Yellow Pages
C/O Joesph Mann & Creed
20600 Chagrin Blvd.
Shaker Heights, OH 44122-5327

Abrams and Abrams P.C.
180 W. Washington St. #910
Chicago, IL 60602-2316

Amer Suzuki Mtr Corp
3251 E Imperial Hwy
Brea, CA 92821-6722

America Honda Finance
1235 Old Alpharetta
Suite 190
Alpharetta, GA 30005-2902

American Express
P.O. 650448
Dallas, TX 75265-0448

American Express
PO Box 0001
Los Angeles, CA 90096-8000

American Express Bank, FSB
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

American Honda Motor Corporation
Post Office Box Box 70252
Philadelphia, PA 19176-0252

American Marketing
PO Box 982
DeKalb, IL 60115-0982

American Suzuki Motor Corporation
3251 E. Imperial Hwy
Brea, CA 92821-6722

Attny Suzanne Bonds
Hinshaw and Culberson LLP.
4343 Commerce Ct. Suite #415
Lisle, IL 60532-3655

Autofocus-Chicago
221 S. Mitchell Court, A-3
Addison, IL 60101-5603

Garry J Bartecki
45 Bradford Ln.
Oak Brook, IL 60523-2350

Isabelle E Bartecki
45 Bradford Ln.
Oak Brook, IL 60523-2350

Yellow Book USA - West
Post Office Box 660052
Dallas, TX 75266-0052

Clintas Corporation
Post Office Box #5
Bedford Park, IL 60499-0005

Yvoone & Robert Normoyle
15425 S Pulaski
Markham, IL 60428-3871

Collin's License & Title Service
1719 Bellechase Dr.
Dallas, TX 75265-0262

ComEd Company
3 Lincoln Center
Attn: Claims Department
Oak Brook IL 60181-4204

Comerica Bank
Mail Code 6512 - SBA
P.O. Box 650282
Dallas, TX 75265-0282

V-Sept, Inc.
3001 North Rocky Point Drive, E
Tampa, FL 33607-5810

W-A-R, Inc.
302 Fox Glen Court Suite #2
Barrington, IL 60010-1920

Cook County Collector
PO Box 641278
Chicago, IL 60664-1278

Custom Assembly, Inc.
2952 CR 107
Haviland, OH 45851

DEX
8519 Innovation Way
Chicago, IL 60682-0085

Daniels Printing & Office Supply
14800 S. Cicero Avenue
Oak Forest, IL 60452-1458

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia PA 19101-7346

Ebels Ace Hardware
15541 S. Cicero
Oak Forest, IL 60452-3601

Euler Hermes UMA
600 S. 7th St.
Louisville, KY 40203-1968

Exxon Mobile
PO Box 530988
Atlanta, GA 30353-0988

Fifth Third Bank
P.O. 630337
Cincinnati, OH 45263-0337

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

First Insurance Funding Corp.
450 Skokie Blvd., Suite 1000
Northbrook, IL 60062-7917

Fox Racing, Inc.
Dept. 33155 PO Box 3900
San Francisco, CA 94139-3155

Fox Valley Towels
1631 N 31st Ave
Melrose Park, IL 60160-1837

Friends of Nypum
1919 Torrance Blvd
Torrance, CA 90501-2722

G.E. Capital Solutions
#4 Park Plaza, Suite #2040
Irvine, CA 92614-2578

G.E. Commercial Yamaha
4 Park Plaza  Suite #2040
Irvine, CA 92614-2578

G.E. Yamaha
75 Remittance Dr.
Ste #6995
Chicago, IL 60675-6995

GE Commercial Finance - TGB Special
75 Remittance Drive, Suite 6999
Chicago, IL 60675-6999

GE Commercial Finance, Suzuki
75 Remittance Drive, Suite 1040
Chicago, IL 60675-1040

GE Commercial Suzuki
4 Park Plaza
Suite #2040
Irvine, CA 92614-2578

GE Commerical Finance Yamaha
75 Remittance Dr., Suite 6995
Chicago, IL 60675-6995

GMAC
Mail Drop 5.1.8
2828 N. Haskell Av.
Dallas, TX 75204-2909

GMAC Mortgage
1100 Virginia Dr.
Fort Washington, PA 19034-3204

GMAC Mortgage
P.O. Box 9001719
Louisville, KY 40290-1719

GMAC Mortgage, LLC (successor by merger to G
c/o Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527-6921

GTI Recycling
2943 W. Wireton Road
Blue Island, IL 60406-4178

Wells Fargo Home Mortgage
P.O. Box 14411
Des Moines, IA 50306-3411

XM Satellite Radio
PO Box 9001399
Louisville, KY 40290-1399

| | | |
|---|---|---|
| Gary Sutton & Associates, Inc<br>111 Bayside Place<br>Corona Del Mar, CA 92625-2856 | Maria Georgopoulos<br>Codilis and Associates<br>15W030 N Frontage Rd<br>Burr Ridge, IL 60527-6921 | Great American Insurance<br>Post Office Box 23850<br>San Diego, CA 92193-3850 |
| Wells Fargo Home Mortgage<br>P.O. Box 10335<br>Des Moines, IA 50306-0335 | HSBC Retail Services<br>PO Box 17574<br>Baltimore, MD 21297-1574 | HSBC credit card<br>PO Box 37281<br>Baltimore, MD 21297-3281 |
| Hales Sport Center<br>1400 Harrington Memorial Road<br>Mansfield, OH 44903-9740 | Herman Wilson<br>212 W 155th St<br>Harvey, IL 60426-3425 | Hinckley Springs<br>5660 New Northside Dr., Suite 500<br>Atlanta, GA 30328-5826 |
| Home Depot<br>Po Box 6925<br>The Lakes, NV 88901-6925 | Home Pages<br>PO Box 982<br>DeKalb, IL 60115-0982 | Humana Medical c/oRMS<br>77 Hartland St<br>Carol Stream, IL 60128-0431 |
| Illinois Department of Revenue<br>Bankruptcy Section<br>P O Box 64338<br>Chicago IL 60664-0338 | Yamaha Mtr Corp<br>6555 Katella Ave<br>Cypress, CA 90630-5101 | Illinois Tollway<br>PO Box 5201<br>Lisle, IL 60532-5201 |
| Ingalls Occupational Health<br>75 Remittance Drive Suite 1660<br>Chicago, IL 60675-1660 | Internal Revenue Service<br>PO 7346<br>Philadelphia, PA 19101-7346 | Jacalyn Novack<br>15315 Treetop Dr.  Unit #1N<br>Orland Park, IL 60462-4692 |
| Jack Isom<br>10360 S. Parkside 3A<br>Oak Lawn, IL 60453-4563 | Jack Isom<br>18933 Meadow Creek Dr.<br>Mokena, IL 60448-9110 | M&M Auto Glass<br>4047 W. 147th Street<br>Bridgeview, IL 60455 |
| K & L Supply Company<br>1040 Richard Avenue<br>Santa Clara, CA 95050-2816 | Kawasaki Motors<br>Po Box 25252<br>Santa Ana, CA 92799-5252 | MB Financial<br>6111 N. River Rd.<br>Rosemont, IL 60018-5111 |
| Yamaha Motor Corporation<br>10801 88th Ave<br>Pleasant Prairie, WI 53158-2308 | Kawasaki Motors Finance Corp<br>c/o Susan McFaul<br>9950 Jeronimo Rd<br>Irvine, CA 92618-2084 | Kawasaki Motors Finance Corp.<br>P.O. Box 25301<br>Santa Ana, CA 92799-5301 |
| Tri-R Distributing, Inc.<br>Post Office Box 98<br>Matteson, IL 60443-0098 | Trucker Rocky<br>3048 Paysphere Circle<br>Chicago, IL 60674-0030 | Tucker-Rocky Distributing<br>c/o Stein and Rotman<br>105 W. Madison St.<br>Chicago, IL 60602-4602 |

Macy credit card
PO Box 689195
Des Moines, IA 50368-9195

Meltzer, Purtill & Stelle LLC
1515 E. Woodfield Rd., 2nd Flr.
Schaumburg, IL 60173-5431

Midlothian Sports & Cycle LLC.
145 Bradford Ln.
Oak Brook, IL 60523-2350

(c)MIDWEST MOTORCYCLE SETUPS, INC.
2100 PARKES DR
BROADVIEW IL 60155-3951

The Home Depot Credit Services
Post Office Box 6925
The Lakes, NV 88901-6925

NHJ
4141 W 126th St
Alsip, IL 60803-1901

National Auto Research Division
PO Box 404040
Atlanta, GA 30384-4040

Nextmedia Group, Inc
Dept. 809217
Chicago, IL 60680

Nichols Distributing
4141 W. 126th Street
Alsip, IL 60803-1901

Nicor
PO Box 0632
Aurora, IL 60507-0632

Office Depot
PO Box 633211
Crown City, OH 45623-3211

Phillips Motorsport Group
151 Calle Iglesia
San Clemente, CA 92672-7501

Pigi of Chicagoland
1120 W. Ogden Av.
Downers Grove, IL 60515-2620

Quinlan Security Sys
8940 W. 192nd St. Suite J
Mokena, IL 60448-8137

Sears Master Card
P.O. Box 183081
Columbus, OH 43218-3081

Secretary of State
501 S. Second St. Rm 351
Springfield, IL 62756-0002

Service Guard Systems, Inc.
28601 Chargin Blvd., Suite 400
Beachwood, OH 44122-4556

Snap-On Business Solutions
Post Ofice Box 23756
Chicago, IL 60673-0001

Stein and Ratman
5 W. Madison St.
Chicago, IL 60602-4602

Sullivans Motorcycle Accessories
PO Box 599
Hanson, MA 02341-0598

Sun Life Financial
One Sun Life Executive Park
Wellesley Hills, MA 02481

Suzuki Motor Finance
151 E Imperial Hwy
Brea, CA 92821-6795

To be served via CM/ECF:

Elizabeth A. Bates
ebates@springerbrown.com

Kent A. Gaertner
kgaertner@springerbrown.com

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Clay Mosberg
cmosber@fallaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case no. 11 B 21133 |
| Garry J. and Isabelle E. Bartecki ) | |
| ) | Chapter 7 |
| ) | Hon. Donald R. Cassling |
| Debtor. ) | |
| ) | Set for December 13, 2013 |
| ) | at 10:00 a.m. |

## AMENDED FINAL APPLICATION OF SPECIAL COUNSEL
## FOR INTERIM COMPENSATION AND REIMBURSEMENT

Cindy M. Johnson, Kyle A. Lindsey and the law firm Johnson Legal Group, LLC, attorneys for Gina B. Krol (the "Trustee"), not individually but as Trustee of the estate of Garry J. and Isabelle E. Bartecki (the "Estate"), pursuant to Sections 330 and 331 of the United States Bankruptcy Code (the "Code"), respectfully applies to this Honorable Court for an award of final compensation and final costs in the amount of $28,650.92, and asks that it grant such other and further relief as the Court upon hearing shall deem just and equitable;

IN SUPPORT WHEREOF, Applicant, and respectfully urges the Court to find, as follows:

### A. BACKGROUND OF THE CASE

1. On May 18, 2011 (the "Petition Date"), the Debtors filed a Voluntary Petition For Relief (the "Petition"), according to the provisions of Chapter 7 of the Code.

2. David E. Grochocinski was appointed Interim Trustee by the United States Trustee, and resigned his appointment on May 23, 2011

Gina B. Krol was appointed, and has been acting as the Trustee of the Estate since.

### B. BACKGROUND OF THE APPLICANT'S

## EMPLOYMENT AND NATURE OF SERVICES

1. On June 29, 2012, an order was entered authorizing the employment of the attorneys of Johnson Legal Group, LLC ("Applicant") as Special Litigation Counsel for Trustee to perform all legal services necessary or required to seek recoveries of assets of the estate from debtor(s) and insiders of the debtors (and/or their successors, assigns or any subsequent transferees).

2. At the time of its retention, Applicant agreed to represent the Trustee as her legal counsel as aforesaid in consideration of such compensation and reimbursement as the Court might allow upon applications made pursuant to Section 330 or 331 of the Code.

### C. BACKGROUND AS TO INTERIM FEES PREVIOUSLY AWARDED

1. On March 1, 2013, Applicant presented its First application for fees to the Court, asking for an amount certain for fees and expenses through January 16, 2013.

2. This Court awarded interim fees in the amount of $13,540.00 and costs in the amount of $50.11.

### D. PRELIMINARY OVERVIEW OF APPLICATION

1. Applicant regularly made and kept records of services rendered on behalf of the Estate, including a summary or description of the services rendered; the date the services were rendered; the attorney who rendered the services; and the time expended to render the services, in one-tenth-hour increments.

2. The services rendered have been broken down into three categories related to a proceeding for turnover of non-exempt tax refunds against Garry and Isabelle Bartecki, an adversary against Jacalyn Novack related to avoidance of a fraudulent conveyance and general representation of the Trustee in determining if additional assets are available for recovery, and preparation of fee application.

3. The records were made by each attorney employed by Applicant, at or about the time the services were rendered, by means of entering them into the legal time-billing software PC Law, and by reviewing them on a monthly basis for accuracy after printing them from PC Law.

4. The report from which the Exhibits referenced below is derived was printed by Applicant from Johnson Legal Group, LLC's PC Law system for all services rendered.

5. Although the written reports generated by Applicant's PC Law systems reflect, in chronological order, the dates services were rendered, the written reports do not necessarily reflect, in chronological order, the time of day services were rendered. Accordingly, the sequence of the entries on any one date, as appears on the Exhibits referenced below, may not always follow in logical progression.

20. Under this Application, Applicant is also seeking a final award for reimbursement of expenses incurred on behalf of the Trustee. Details regarding those expenses are set forth later in this application.

### E. SUMMARY OF SERVICES RENDERED

1. Since the Employment Date, through December 13, 2013, Cindy M. Johnson, Kyle A. Lindsey have rendered 99.7 total hours of service on behalf of the Trustee for which interim compensation was sought and granted. A chronological summary of the services rendered up to the time of the First Application for fees is attached hereto, identified as **Exhibit D** and incorporated herein by reference. Since January 16, 2013 through December 13, 2013, Cindy M. Johnson, Kyle A. Lindsey have rendered 53.8 total hours of service on behalf of the Trustee for which final compensation is sought.

2. A chronological summary of the services rendered for the purposes of a turnover of non-exempt tax refunds is attached hereto, identified as **Exhibit A** and incorporated herein by reference. The non-exempt tax refund sought was a federal tax refund that was rolled forward by the debtor during the pendency of the bankruptcy

case. An agreement was reached resolving the matter. As a result, the estate recouped $43,507.56 from the efforts of Johnson Legal Group, LLC.

3. A chronological summary of the services rendered for the purposes of the adversary against Jacalyn Novack regarding the recovery of a fraudulent conveyance is attached hereto, identified as **Exhibit B** and incorporated herein by reference. The fraudulent conveyance of over $19,000.00 based on a transfer of an improperly disclaimed inheritance by Debtor to his daughter, Jacalyn Novack. An agreement was reached resolving the matter pending court approval. As a result, the estate will recoup $10,000.00 from the efforts of Johnson Legal Group, LLC.

4. A chronological summary of the services rendered for the purposes of a investigating whether additional assets are available for recovery and preparing the applications for compensation is attached hereto, identified as **Exhibit C** and incorporated herein by reference.

5. Applicant seeks final compensation in the amount of $26,141.00 for 99.7 hours of services rendered *(21.5 hours were recorded as "no charge")*.

6. A summary of the costs incurred by Applicant on behalf of the Trustee is attached hereto, at the end of Exhibits A and B. These costs are all costs directly related to Applicant's services to the Trustee. These costs include any filing fee, photocopies (at $.15 per copy until August 1, 2012 and then $.20 thereafter, which is roughly the amount that Applicant pays in its copier lease for each copy), mileage, deposition transcript, and postage.

7. Applicant seeks reimbursement for expenses in the amount of $2,509.92.

### E. SUMMARY OF PERSONNEL WHO RENDERED SERVICES AND AMOUNT OF SERVICES PERFORMED BY EACH PERSON

1. The professional persons listed below rendered legal services to the Trustee.

2. Cindy M. Johnson ("CMJ") became licensed as an attorney in 1988. Her current regular hourly rate was $405.00 per hour during 2012 and is $415.00 in 2013.

She has concentrated her practice in the areas of collection, commercial litigation and bankruptcy. She is familiar with all aspects of collection, from pre-suit through the collection of a judgment in both the state and federal courts. She also has extensive experience representing debtors, creditors and trustees in bankruptcy proceedings. From July 3, 2012 through December 13, 2013, she, personally, has rendered 1.3 hours of service regarding turnover of the tax refunds of which 0.4 hours of compensation is sought. The remaining .9 hours are being held as no charge as the charges were related to administrative functions, to avoid double billing for attorney meetings, or travel time. Additionally, she rendered .3 hours of service regarding the adversary against Jacalyn Novack regarding fraudulent conveyance of which 0.0 hours of compensation is sought. The remaining .3 hours are being held as no charge as the charges were related to administrative functions, to avoid double billing for attorney meetings or travel time. Finally, she rendered 1.7 hours of service investigating whether additional assets are available for recovery on behalf of the Trustee of which 1.2 hours of compensation is sought. The remaining .5 hours are being held as no charge as the charges were related to administrative functions or travel time.

 3. Kyle A. Lindsey ("KAL") became licensed as an attorney in Wisconsin in 2007 and in Illinois in 2010. His regular hourly rate was $330.00 per hour during 2012 and is $335.00 in 2013. Prior to joining Johnson Legal Group, LLC, he concentrated his practice in consumer debtor bankruptcy (including Chapter 7 and Chapter 13 consumer bankruptcy filings), and has extensive experience representing debtors in bankruptcy. Since joining the firm, he has practiced principally in the area of creditors' rights in state court (including commercial litigation, commercial collection, and post judgment enforcement), and bankruptcy (including nondischargeability adversaries, preference defense, defense of objections to claims, plan review in Chapter 11, creditor issues in

Chapter 13 cases, petitioning creditor representation in an involuntary bankruptcy and trustee representation). From July 3, 2012 through December 13, 2013, he personally has rendered 37.6 hours of service regarding turnover of the tax refunds of which 27.0 hours of compensation is sought. The remaining 10.6 hours are being held as no charge as the charges were related to administrative functions or travel time. Additionally, he rendered 21.6 hours of service regarding the adversary against Jacalyn Novack regarding fraudulent conveyance of which 14.3 hours of compensation is sought. The remaining 7.3 hours are being held as no charge as the charges were related to administrative functions or travel time. Finally, he rendered 37.9 hours of service investigating whether additional assets are available for recovery on behalf of the Trustee of which 36.0 hours of compensation is sought. The remaining 1.9 hours are being held as no charge as the charges were related to administrative functions or travel time.

## F. SUMMARY OF COMPENSATION REQUESTED

1. Applicant asks the Court to award interim compensation in the sum of $26,141.00 for 100.4 hours of services Applicant has rendered since the Employment Date through December 13, 2013.

2. $25,718.50 of the final compensation requested is sought for services rendered by Kyle A. Lindsey, representing compensation at a rate of $330.00 per hour for services rendered during 2012 and $335.00 per hour for services rendered during 2013. $657.00 of the interim compensation is sought for services rendered by Cindy M. Johnson, representing compensation at a rate of $405.00 per hour for services rendered during 2012 and $415.00 per hour for services rendered during 2013.

3. The award Applicant seeks as interim compensation for services rendered on behalf of the Trustee represents an average rate of compensation of $331.32 per hour.

## G. STATEMENT WITH RESPECT TO EXPENSES

1. The only expenses incurred on behalf of the Trustee for which Applicant requests reimbursement are for photocopies, for the transcript of the Rule 2004 examination, any filing fees, in-house copy charges at $.15 per copy until August 1, 2012 and then $.20 thereafter (the approximate cost of Applicant's copier lease and paper and a per copy charge) and for postage for large mailings that were sent. All expenses are being charged to Trustee at the actual cost Applicant incurred for them.

2. The total expense reimbursement requested is $2,509.92. The expenses are detailed within Exhibit C and Exhibit D.

3. Applicant does not seek reimbursement of expenses incurred for routine postage, facsimile transmissions, local or long distance telephone calls or other such administrative functions, although Applicant has incurred such costs in connection with services it rendered on behalf of the Trustee. *Additionally, Applicant is not seeking compensation for preparation of this Amended Final application or cost of copying or mailing it.*

## H. STATEMENTS AS TO OTHER MATTERS

1. All services for which Applicant seeks interim compensation hereunder were rendered by Applicant solely on behalf of the Trustee.

2. The rate of compensation Applicant requests for services rendered to the Trustee is the standard rates other attorneys of similar experience, expertise and reputation generally seek as compensation for comparable services rendered in connection with bankruptcy proceedings within this District.

3. Applicant has no agreement or understanding with any person, firm or entity with respect to any determination about the amount of compensation or reimbursement Applicant shall receive for services Applicant renders or expenses Applicant incurs on behalf of the Trustee.

4. No person, firm or entity has promised to provide Applicant any compensation or reimbursement for services Applicant renders or expenses Applicant incurs on behalf of the Trustee. The exclusive source of such compensation and reimbursement, if any, shall be the available funds of the Debtor's Estate.

5. Except as permitted by Section 504(b) of the Code, Applicant has neither shared nor agreed to share with any person, firm or entity, any compensation or reimbursement Applicant may receive for services rendered or expenses incurred on behalf of the Trustee.

## I. PRAYER FOR RELIEF

WHEREFORE, the Applicant, Johnson Legal Group, LLC, and attorneys who were in the employ of Johnson Legal Group, LLC, respectfully pray this Honorable Court to grant relief, after hearing upon notice as provided by Rule 2002(a)(7) of the Federal Rules of Bankruptcy Procedure, as follows:

I. To award Applicant final compensation in the amount of $26,141.00 for hourly fees;

II. To allow Applicant reimbursement of costs expended in the amount of $2,509.92;

III. To direct the Trustee to credit the interim fee allowance of $13,540.00 and costs of $50.11 previously paid by the trustee against that amount, and, thus, direct the trustee to disburse additional fees in the amount of $12,601.0 and additional costs in the amount of $2,459.81 to Applicant promptly; and

IV. To grant the Applicant such other and further relief as the Court upon hearing shall deem just and equitable.

Respectfully Submitted,
JOHNSON LEGAL GROUP, LLC,


BY:  /s/ Kyle A. Lindsey
Johnson Legal Group, LLC

Kyle A. Lindsey
Johnson Legal Group, LLC
39 S. LaSalle Street, Suite 820
Chicago, Illinois 60603
312-345-1306