# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                    §
                                          §
BARTECKI, GARRY J                         §        Case No. 11-21133 DRC
BARTECKI, ISABELLE E                      §
                                          §
              Debtor(s)                   §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on              .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $                . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $          as interim compensation and now requests a sum of $                , for a total compensation of $              [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $          , and now requests reimbursement for expenses of $          , for total expenses of $              [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GINA B. KROL_____
                                    Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

**Exhibit A**

| | |
|---|---|
| Case No: 11-21133   DRC   Judge: Donald R. Cassling | Trustee Name: GINA B. KROL |
| Case Name: BARTECKI, GARRY J | Date Filed (f) or Converted (c): 05/18/11 (f) |
| BARTECKI, ISABELLE E | 341(a) Meeting Date: 07/19/11 |
| For Period Ending: 12/18/14 | Claims Bar Date: 08/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. 45 Bradford Lane, Oak Brook, IL | 500,000.00 | 0.00 | | 0.00 | FA |
| 2. N9830 Highland Park, Milone, WI | 260,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCONTS | 2,294.00 | 0.00 | | 0.00 | FA |
| 5. Estimated Income Tax Payment | 57,484.00 | 57,484.00 | | 43,507.56 | FA |
| 6. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Artwork | 15,700.00 | 0.00 | | 0.00 | FA |
| 8. FURS | 400.00 | 0.00 | | 0.00 | FA |
| 9. EXERCISE EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 10. Life Insurance | 72.03 | 0.00 | | 0.00 | FA |
| 11. IRA | 221,000.00 | 0.00 | | 0.00 | FA |
| 12. 401(K) | 125,000.00 | 0.00 | | 0.00 | FA |
| 13. Stock of GB Financial | 7,500.00 | 0.00 | | 0.00 | FA |
| 14. Stock of ILB Real Estate | 0.00 | 0.00 | | 0.00 | FA |
| 15. Stock of Midlothian Sports and Cycle | 0.00 | 0.00 | | 0.00 | FA |
| 16. TAX REFUND | 0.00 | 10,000.00 | | 0.00 | FA |
|     Same asset as #20 | | | | | |
| 17. 2000 Ford Explorer | 500.00 | 0.00 | | 0.00 | FA |
| 18. Boat | 20,000.00 | 20,000.00 | | 16,000.00 | FA |
| 19. Boat lift | 5,000.00 | 5,000.00 | | 1,500.00 | FA |
| 20. FRAUD, CONVEYANCE (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 21. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.26 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,218,550.03 | $102,484.00 | $71,007.82 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   2

Exhibit A

| Case No: | 11-21133   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BARTECKI, GARRY J | Date Filed (f) or Converted (c): | 05/18/11 (f) |
| | BARTECKI, ISABELLE E | 341(a) Meeting Date: | 07/19/11 |
| | | Claims Bar Date: | 08/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for review

December 10, 2014, 04:26 pm

Trustee has now resolved fraudulent conveyance claims and can prepare TFR

October 16, 2014, 10:37 am

Trustee has retained special counsel to pursue pre-petition tax refunds and conveyance of inheritance to children

October 16, 2013, 04:56 pm

Initial Projected Date of Final Report (TFR): 07/31/13      Current Projected Date of Final Report (TFR): 03/31/15

/s/   GINA B. KROL

_____   Date: 12/22/14

GINA B. KROL

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | |
|---|---|---|
| Case No: | 11-21133  -DRC | Trustee Name: GINA B. KROL |
| Case Name: | BARTECKI, GARRY J | Bank Name: ASSOCIATED BANK |
| | BARTECKI, ISABELLE E | Account Number / CD #: *******0469  Checking Account |
| Taxpayer ID No: | *******4355 | |
| For Period Ending: | 12/10/14 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 17,479.46 | | 17,479.46 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.78 | 17,468.68 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.13 | 17,457.55 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.76 | 17,446.79 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.11 | 17,435.68 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.92 | 17,409.76 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 15.09 | 17,394.67 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/05/13 | 030002 | Johnson Legal Group, LLC | Special Counsel Fees per Order | 3210-600 | | 13,540.00 | 3,854.67 |
| | | 39 S. LaSalle Street | | | | | |
| | | #820 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 03/05/13 | 030003 | Johnson Legal Group, LLC | Special Counsel Expenses per Order | 3220-610 | | 50.11 | 3,804.56 |
| | | 39 S. LaSalle Street | | | | | |
| | | #820 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.37 | 3,781.19 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.19 | 3,771.00 |
| 04/29/13 | 5 | Garry Bartecki | Income Tax Payment | 1129-000 | 22,000.00 | | 25,771.00 |
| | | 45 Bradford Lane | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 05/01/13 | 5 | Garry Bartecki | Tax Overpayment | 1129-000 | 21,507.56 | | 47,278.56 |
| | | 45 Bradford Lane | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 47,268.56 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.26 | 47,198.30 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.91 | 47,130.39 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.07 | 47,060.32 |

FORM 2                                                                                                Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit B

| | | |
|---|---|---|
| Case No: | 11-21133 -DRC | |
| Case Name: | BARTECKI, GARRY J | |
| | BARTECKI, ISABELLE E | |
| Taxpayer ID No: | *******4355 | |
| For Period Ending: | 12/10/14 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0469  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.97 | 46,990.35 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.62 | 46,922.73 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.76 | 46,852.97 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.41 | 46,785.56 |
| 12/18/13 | 20 | Jacalyn Novak | Settlement | 1241-000 | 10,000.00 | | 56,785.56 |
| 12/18/13 | 030004 | Johnson Legal Group, LLC | Special Counsel Fees per Order | 3210-600 | | 12,601.00 | 44,184.56 |
| | | 39 S. LaSalle St. #820 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 12/18/13 | 030005 | Johnson Legal Group, LLC | Special Counsel Expenes per Order | 3220-610 | | 2,459.81 | 41,724.75 |
| | | 39 S. LaSalle St. #820 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.60 | 41,657.15 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.94 | 41,595.21 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.86 | 41,539.35 |
| 04/01/14 | 030006 | International Sureties Ltd. | BOND | 2300-000 | | 36.61 | 41,502.74 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.76 | 41,440.98 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.64 | 41,381.34 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.52 | 41,319.82 |
| 07/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.45 | 41,260.37 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.35 | 41,199.02 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.25 | 41,137.77 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.19 | 41,078.58 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.07 | 41,017.51 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.02 | 40,958.49 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

LFORM2T4

Ver: 18.03a

Page:   3

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-21133  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | BARTECKI, GARRY J | Bank Name: | ASSOCIATED BANK |
| | BARTECKI, ISABELLE E | Account Number / CD #: | *******0469  Checking Account |
| Taxpayer ID No: | *******4355 | | |
| For Period Ending: | 12/10/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Account | *******0469 | | Balance Forward | 0.00 | | | |
| | 3 | | Deposits | 53,507.56 | 6 | Checks | 28,702.62 |
| | 0 | | Interest Postings | 0.00 | 27 | Adjustments Out | 1,325.91 |
| | | | | | 0 | Transfers Out | 0.00 |
| | | | Subtotal | $ 53,507.56 | | | |
| | | | | | | Total | $ 30,028.53 |
| | 0 | | Adjustments In | 0.00 | | | |
| | 1 | | Transfers In | 17,479.46 | | | |
| | | | Total | $ 70,987.02 | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 7)*

LFORM2T4

Ver: 18.03a

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-21133 -DRC |
| Case Name: | BARTECKI, GARRY J |
| | BARTECKI, ISABELLE E |
| Taxpayer ID No: | *******4355 |
| For Period Ending: | 12/10/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4409 BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/12 | 18, 19 | Isabelle Bartecki | Sale of Boat and Lift | 1129-000 | 17,500.00 | | 17,500.00 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 17,500.12 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 17,500.26 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 20.80 | 17,479.46 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 17,479.46 | 0.00 |

| Account *******4409 | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 17,500.00 | 0 | Checks | 0.00 |
| 2 | Interest Postings | 0.26 | 1 | Adjustments Out | 20.80 |
| | | | 1 | Transfers Out | 17,479.46 |
| | Subtotal | $ 17,500.26 | | | |
| 0 | Adjustments In | 0.00 | | Total | $ 17,500.26 |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 17,500.26 | | | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 8)*

Ver: 18.03a

LFORM2T4

Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-21133  -DRC |
| Case Name: | BARTECKI, GARRY J |
| | BARTECKI, ISABELLE E |
| Taxpayer ID No: | *******4355 |
| For Period Ending: | 12/10/14 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4409  BofA - Money Market Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Report Totals | | Balance Forward | 0.00 | | | | |
| | 4 | Deposits | 71,007.56 | 6 | Checks | | 28,702.62 |
| | 2 | Interest Postings | 0.26 | 28 | Adjustments Out | | 1,346.71 |
| | | | | 1 | Transfers Out | | 17,479.46 |
| | | Subtotal | $ 71,007.82 | | | | |
| | | | | | Total | $ | 47,528.79 |
| | 0 | Adjustments In | 0.00 | | | | |
| | 1 | Transfers In | 17,479.46 | | | | |
| | | Total | $ 88,487.28 | | Net Total Balance | $ | 40,958.49 |

| | | |
|---|---|---|
| | /s/   GINA B. KROL | |
| Trustee's Signature: | _____ | Date: 12/10/14 |
| | GINA B. KROL | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 9)*

LFORM2T4

Ver: 18.03a

| | | EXHIBIT C | | | | |
|---|---|---|---|---|---|---|
| Page 1 | | ANALYSIS OF CLAIMS REGISTER | | | | Date: December 10, 2014 |

Case Number: 11-21133   
Debtor Name: BARTECKI, GARRY J        Claim Number Sequence   
Joint Debtor: BARTECKI, ISABELLE E

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $6,800.39 | $6,800.39 |
| 001<br>3210-60 | Johnson Legal Group LLC<br>39 S. LaSalle Street<br>#820<br>Chicago, IL 60603 | Administrative | | $0.00 | $26,141.00 | $26,141.00 |
| 001<br>3220-61 | Johnson Legal Group LLC<br>39 S. LaSalle Street<br>#820<br>Chicago, IL 60603 | Administrative | | $0.00 | $2,459.81 | $2,459.81 |
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $4,667.50 | $4,667.50 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $576.09 | $576.09 |
| 000001<br>070<br>7100-00 | Kawasaki Motors Finance Corp<br>Susan McFaul<br>9950 Jeronimo Rd<br>Irvine, CA 92618 | Unsecured | | $0.00 | $103,814.71 | $103,814.71 |
| 000002<br>070<br>7100-00 | Kawasaki Motors Finance Corp<br>c/o Susan McFaul<br>9950 Jeronimo Rd<br>Irvine, CA 92618 | Unsecured | | $0.00 | $2,606.55 | $2,606.55 |
| 000003<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $16,618.76 | $16,618.76 |
| 000004<br>070<br>7100-90 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $15,158.69 | $15,158.69 |
| BOND<br>999<br>2300-00 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | Administrative | | $0.00 | $51.70 | $51.70 |
| | Case Totals: | | | $0.00 | $178,895.20 | $178,895.20 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-21133 DRC
Case Name: BARTECKI, GARRY J
            BARTECKI, ISABELLE E
Trustee Name: GINA B. KROL

Balance on hand                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ | $ | $ |
| Attorney for Trustee Fees: Cohen & Krol | $ | $ | $ |
| Other: International Sureties Ltd. | $ | $ | $ |
| Other: Johnson Legal Group LLC | $ | $ | $ |
| Other: Johnson Legal Group LLC | $ | $ | $ |
| Other: Cohen & Krol | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

### NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Kawasaki Motors Finance Corp<br>Susan McFaul<br>9950 Jeronimo Rd<br>Irvine, CA 92618 | $ | $ | $ |
| 000002 | Kawasaki Motors Finance Corp<br>c/o Susan McFaul<br>9950 Jeronimo Rd<br>Irvine, CA 92618 | $ | $ | $ |
| 000003 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |
| 000004 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance                                                    $_____

   Tardily filed claims of general (unsecured) creditors totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE