UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
BARTECKI, GARRY J                   §      Case No. 11-21133 DRC
BARTECKI, ISABELLE E                §
                                    §
                                    §
            Debtor(s)               §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
                KENNETH S. GARDNER
                219 S. Dearborn Street
                Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 01/23/2015 in Courtroom 240,
                Kane County Courthouse
                100 S. Third Street
                Geneva, IL
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/10/2014            By: CLERK OF BANKRUPTCY COURT
                                                Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
BARTECKI, GARRY J § Case No. 11-21133 DRC
BARTECKI, ISABELLE E §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 71,007.82 |
| and approved disbursements of | $ 30,049.33 |
| leaving a balance on hand of[1] | $ 40,958.49 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 6,800.39 | $ 0.00 | $ 6,800.39 |
| Attorney for Trustee Fees: Cohen & Krol | $ 4,667.50 | $ 0.00 | $ 4,667.50 |
| Other: International Sureties Ltd. | $ 51.70 | $ 51.70 | $ 0.00 |
| Other: Johnson Legal Group LLC | $ 26,141.00 | $ 26,141.00 | $ 0.00 |
| Other: Johnson Legal Group LLC | $ 2,459.81 | $ 2,459.81 | $ 0.00 |
| Other: Cohen & Krol | $ 576.09 | $ 0.00 | $ 576.09 |
| Total to be paid for chapter 7 administrative expenses | | | $ 12,043.98 |
| Remaining Balance | | | $ 28,914.51 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 138,198.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Kawasaki Motors Finance Corp<br>Susan McFaul<br>9950 Jeronimo Rd<br>Irvine, CA 92618 | $ 103,814.71 | $ 0.00 | $ 21,720.55 |
| 000002 | Kawasaki Motors Finance Corp<br>c/o Susan McFaul<br>9950 Jeronimo Rd<br>Irvine, CA 92618 | $ 2,606.55 | $ 0.00 | $ 545.35 |
| 000003 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 16,618.76 | $ 0.00 | $ 3,477.05 |
| 000004 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 15,158.69 | $ 0.00 | $ 3,171.56 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 28,914.51 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
                            Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                Northern District of Illinois
In re:                                                                  Case No. 11-21133-DRC
Garry J Bartecki                                                        Chapter 7
Isabelle E Bartecki
       Debtors                        CERTIFICATE OF NOTICE
District/off: 0752-1          User: mmyers                Page 1 of 4                  Date Rcvd: Dec 23, 2014
                              Form ID: pdf006             Total Noticed: 110


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2014.
db           #+Garry J Bartecki,    45 Bradford Ln.,   Oak Brook, IL 60523-2350
jdb          #+Isabelle E Bartecki,    45 Bradford Ln.,   Oak Brook, IL 60523-2350
aty           +Gina B. Krol,    Cohen and Krol,   105 W Madison St, Suite 1100,    Chicago, IL 60602-4600
17292931       5/3rd Bank,    PO Box 630337,   Cincinatti, OH 45263-0337
17292932       5/3rd Bank CC,    PO box 740789,   Cincinatti, OH 45274-0789
17292934      +A Plus business Forms & Systems, In,    Post Office Box 935,    Wisconsin Rapids, WI 54495-0935
17292936       ADP Dealer Services,    P.O. Box 88921,   Chicago, IL 60695-1921
17292937      +ADT Security Services, Inc.,    P.O. Box 88921,   Chicago, IL 60695-1921
17292948       AMEX,   PO Box 0001,   Los Angeles, CA 90096-8000
17292950      +ATT Yellow Pages,    C/O Joesph Mann & Creed,   20600 Chagrin Blvd.,
                Shaker Heights, OH 44122-5437
17292935      +Abrams and Abrams P.C.,    180 W. Washington St. #910,   Chicago, IL 60602-2316
17292938      +Amer Suzuki Mtr Corp,    3251 E Imperial Hwy,   Brea, CA 92821-6722
17292940      +American Express,    P.O. 650448,   Dallas, TX 75265-0448
17292942       American Express,    PO Box 0001,   Los Angeles, CA 90096-8000
19074266       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
17292946      +American Marketing,    PO Box 982,   DeKalb, IL 60115-0982
17292947      +American Suzuki Motor Corporation,    3251 E. Imperial Hwy,    Brea, CA 92821-6722
17292951      +Attny Suzanne Bonds,    Hinshaw and Culberson LLP.,    4343 Commerce Ct. Suite #415,
                Lisle, IL 60532-3655
17292953       Clintas Corporation,    Post Office Box #5,   Bedford Park, IL 60499-0005
17292954       Collin’s License & Title Service,    1719 Bellechase Dr.,    Dallas, TX 75265-0262
17292955       Comerica Bank,    Mail Code 6512 - SBA,   P.O. Box 650282,    Dallas, TX 75265-0282
17292957      +Comerica Bank,    PO Box 650282,   Dallas, TX 75265-0282
17292958      +Comerica Bank,    PO Box 650282; M.S. 6512-SBA,    Dallas, TX 75265-0282
17292959       Cook County Collector,    PO Box 641278,   Chicago, IL 60664-1278
17292960       Custom Assembly, Inc.,    2952 CR 107,   Haviland, OH 45851
17292961      +Daniels Printing & Office Supply,    14800 S. Cicero Avenue,    Oak Forest, IL 60452-1458
17292963      +Ebels Ace Hardware,    15541 S. Cicero,   Oak Forest, IL 60452-3601
17292966     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,    P.O. 740789,    Cincinnati, OH 45263)
17292967       Fifth Third Bank,    P.O. 630337,   Cincinnati, OH 45263-0337
17292968      +First Insurance Funding Corp.,    450 Skokie Blvd., Suite 1000,    Northbrook, IL 60062-7917
17292969       Fox Racing, Inc.,    Dept. 33155 PO Box 3900,   San Francisco, CA 94139-3155
17292971      +Friends of Nypum,    1919 Torrance Blvd,   Torrance, CA 90501-2722
17292972      +G.E. Capital Solutions,    #4 Park Plaza, Suite #2040,   Irvine, CA 92614-2578
17292973      +G.E. Commercial Yamaha,    4 Park Plaza Suite #2040,   Irvine, CA 92614-2578
17453840       G.E. Yamaha,    75 Remittance Dr.,   Ste #6995,   Chicago, IL 60675-6995
17292975      +GE Commercial Finance - TGB Special,    75 Remittance Drive, Suite 6999,
                Chicago, IL 60675-6999
17292976      +GE Commercial Finance, Suzuki,    75 Remittance Drive, Suite 1040,    Chicago, IL 60675-1040
17292977      +GE Commercial Suzuki,    4 Park Plaza, Suite #2040,   Irvine, CA 92614-2578
17292978       GE Commerical Finance Yamaha,    75 Remittance Dr., Suite 6995,    Chicago, IL 60675-6995
17292979      +GMAC,   Mail Drop 5.1.8,   2828 N. Haskell Av.,   Dallas, TX 75204-2909
17443360      +GMAC Mortgage,    1100 Virginia Dr.,   Fort Washington, PA 19034-3204
17292980       GMAC Mortgage,    P.O. Box 9001719,   Louisville, KY 40290-1719
17292982      +GTI Recycling,    2943 W. Wireton Road,   Blue Island, IL 60406-4178
17292974      +Gart Sutton & Associates, Inc,    111 Bayside Place,   Corona Del Mar, CA 92625-2856
17443361      +Gary Sutton & Associates, Inc,    111 Bayside Place,   Corona Del Mar, CA 92625-2856
17292981       Great American Insurance,    Post Office Box 23850,   San Diego, CA 92193-3850
17292988       HSBC Retail Services,    PO Box 17574,   Baltimore, MD 21297-1574
17292987      +HSBC credit card,    PO Box 37281,   Baltimore, MD 21297-3281
17292983      +Hales Sport Center,    1400 Harrington Memorial Road,   Mansfield, OH 44903-9740
17292984      +Herman Wilson,    212 W 155th St,   Harvey, IL 60426-3425
17292986      +Home Depot,    Po Box 6925,   The Lakes, NV 88901-6925
17443362      +Home Pages,    PO Box 982,   DeKalb, IL 60115-0982
17443363       Humana Medical c/oRMS,    77 Hartland St,   Carol Stream, IL 60128-0431
17292989     ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
                100 W. Randolph Street,    Chicago, IL 60602)
17443371       Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,   Chicago IL 60664-0338
17292991      +Illinois Tollway,    PO Box 5201,   Lisle, IL 60532-5201
17292992       Ingalls Occupational Health,    75 Remittance Drive Suite 1660,    Chicago, IL 60675-1660
17443364       Jack Isom,    18933 Meadow Creek Dr.,   Mokena, IL 60448-9110
17292995      +Jack Isom,    10360 S. Parkside 3A,   Oak Lawn, IL 60453-4563
17292997      +K & L Supply Company,    1040 Richard Avenue,   Santa Clara, CA 95050-2816
17292998      +Kawasaki Motors,    Po Box 25252,   Santa Ana, CA 92799-5252
17292999      +Kawasaki Motors Finance Company,    9950 Jeronimo Rd,   Irvine, CA 92618-2084
17358246      +Kawasaki Motors Finance Corp,    Susan McFaul,   9950 Jeronimo Rd,    Irvine, CA 92618-2014
17403935      +Kawasaki Motors Finance Corp,    c/o Susan McFaul,   9950 Jeronimo Rd,    Irvine, CA 92618-2084
17293000      +Kawasaki Motors Finance Corp.,    P.O. Box 25301,   Santa Ana, CA 92799-5301
```

```
District/off: 0752-1           User: mmyers                Page 2 of 4                  Date Rcvd: Dec 23, 2014
                               Form ID: pdf006             Total Noticed: 110

17293002       M&M Auto Glass,    4047 W. 147th Street,    Bridgeview, IL 60455
17293004      +MB Financial,    6111 N. River Rd.,    Rosemont, IL 60018-5111
17293017    ++++MIDWEST MOTORCYCLE SETUPS, INC.,    2100 PARKES DR,    BROADVIEW IL 60155-3951
               (address filed with court: Midwest Motorcycle Setups, Inc.,    2100 W 16th Street,
               Broadview, IL 60155)
17293003      +Macy credit card,    PO Box 689195,    Des Moines, IA 50368-9195
17293006      +Meltzer, Purtill & Stelle LLC,    1515 E. Woodfield Rd. 2nd Flr.,    Schaumburg, IL 60173-5431
17293013      +Midlothian Sports & Cycle LLC.,    45 Bradford Ln.,    Oak Brook, IL 60523-2350
17293020      +NHJ,   4141 W 126th St,    Alsip, IL 60803-1901
17293018       National Auto Research Division,    PO Box 404040,    Atlanta, GA 30384-4040
17293019       Nextmedia Group, Inc,    Dept. 809217,    Chicago, IL 60680
17293021      +Nichols Distributing,    4141 W. 126th Street,    Alsip, IL 60803-1901
17293023       Office Depot,    PO Box 633211,    Crown City, OH 45623-3211
17293025      +Pugi of Chicagoland,    2020 W. Ogden Av.,    Downers Grove, IL 60515-2620
17293027      +Sears Master Card,    P.O. Box 183081,    Columbus, OH 43218-3081
17293028      +Secretary of State,    501 S. Second St. Rm 351,    Springfield, IL 62756-0002
17293030      +Snap-On Business Solutions,    Post Ofice Box 23756,    Chicago, IL 60673-0001
17293031      +Stein and Ratman,    105 W. Madison St.,    Chicago, IL 60602-4602
17293032       Sullivans Motorcycle Accessories,    PO Box 599,    Hanson, MA 02341-0598
17293033       Sun Life Financial,    One Sun Life Executive Park,    Wellesley Hills, MA 02481
17293034      +Suzuki Motor Finance,    3251 E Imperial Hwy,    Brea, CA 92821-6795
17443367      +The Zone/Martin Pavlonis,    4520 W 63rd St,    Chicago, IL 60629-5533
17293036      +Tri-R Distributing, Inc.,    Post Office Box 98,    Matteson, IL 60443-0098
17293037      +Trucker Rocky,    3048 Paysphere Circle,    Chicago, IL 60674-0030
17453839      +Tucker-Rocky Distributing,    c/o Stein and Rotman,    105 W. Madison St.,
               Chicago, IL 60602-4602
17293038      +V-Sept, Inc.,    3001 North Rocky Point Drive, E,    Tampa, FL 33607-5810
17293039      +W-A-R, Inc.,    302 Fox Glen Court Suite #2,    Barrington, IL 60010-1920
17293040      +Wells Fargo Home Mortgage,    P.O. Box 10335,    Des Moines, IA 50306-0335
17293041       Wells Fargo Home Mortgage,    P.O. Box 14411,    Des Moines, IA 50306-3411
17293042       XM Satellite Radio,    PO Box 9001399,    Louisville, KY 40290-1399
17293043      +Yamaha Motor Corporation,    10801 88th Ave,    Pleasant Prairie, WI 53158-2308
17293044      +Yamaha Mtr Corp,    6555 Katella Ave,    Cypress, CA 90630-5101
17453838      +Yellow Book Sales,    c/o Johnson Legal Group,    39 S. LaSalle St. #820,
               Chicago, IL 60603-1616
17293045      +Yellow Book Sales & Dist,    C/O Johnson Legal,    39 S LaSalle, #280,    Chicago, IL 60603-1603
17293046      +Yellow Book USA - West,    Post Office Box 660052,    Dallas, TX 75266-0052
17293047      +Yvoone & Robert Normoyle,    15425 S Pulaski,    Markham, IL 60428-3871
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17292944       E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 24 2014 00:44:20      American Honda,
               1919 Torrance Blvd,    Torrece, CA 90501
17443368      +E-mail/Text: g17768@att.com Dec 24 2014 00:43:07      AT&T,    Bankruptcy Department,
               PO Box 769,   Arlington TX 76004-0769
17292939      +E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 24 2014 00:44:20      America Honda Finance,
               1235 Old Alpharetta,    Suite 190,    Alpharetta, GA 30005-2902
17292945      +E-mail/Text: ebnbankruptcy@ahm.honda.com Dec 24 2014 00:44:20
               American Honda Motor Corporation,    Post Office Box Box 70252,    Philadelphia, PA 19176-0252
17443369      +E-mail/Text: legalcollections@comed.com Dec 24 2014 00:45:29      ComEd Company,
               3 Lincoln Center,    Attn: Claims Department,    Oak Brook IL 60181-4204
17292962      +E-mail/Text: customernoticeseast@dexone.com Dec 24 2014 00:43:10      DEX,   8519 Innovation Way,
               Chicago, IL 60682-0085
17443370       E-mail/Text: cio.bncmail@irs.gov Dec 24 2014 00:43:22      Department of the Treasury,
               Internal Revenue Service,    PO Box 7346,    Philadelphia PA 19101-7346
17292964      +E-mail/Text: artur.wisniewski@eulerhermes.com Dec 24 2014 00:44:24      Euler Hermes UMA,
               600 S. 7th St.,    Louisville, KY 40203-1968
17292965      +E-mail/PDF: gecsedi@recoverycorp.com Dec 24 2014 00:47:47      Exxon Mobile,    PO Box 530988,
               Atlanta, GA 30353-0988
17292985      +E-mail/Text: bankruptcy@water.com Dec 24 2014 00:43:56      Hinckley Springs,
               5660 New Northside Dr., Suite 500,    Atlanta, GA 30328-5826
17443366       E-mail/Text: bankrup@aglresources.com Dec 24 2014 00:42:51      Nicor,    PO Box 0632,
               Aurora, IL 60507-0632
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17292996      Jesus Rivera, Jr.
17293001      Liberty Tires
17293007      Midloathian Sport and Cycle LLC,   Debtors address
17293009      Midlothian Sport and Cycle LLC,   Debtors address
17293010      Midlothian Sport and Cycle LLC,   Debtors’ address
17293011      Midlothian Sport and Cycle LLC.,   Debtors address
17293012      Midlothian Sports & Cycle LLC,   Debtor’s address
17293015      Midlothian Sports and Cycle LLC,   Debtors’ Address
17293016      Midlothian Sports and Cycle LLC,   Debtors’ address
17293008      Midlothian sport & Cycle LLC,   Debtors address
17293014      Midlothian sports & Cycle LLC.,   Debtor’s address
17293022      Occusure Workers Compensation,   6 Cadillac Drive, Suite 370
```

```
District/off: 0752-1               User: mmyers              Page 3 of 4                    Date Rcvd: Dec 23, 2014
                                   Form ID: pdf006           Total Noticed: 110

17292949*         AMEX,    PO Box 0001,    Los Angeles, CA 90096-8000
17292941*        +American Express,    P.O. 650448,    Dallas, TX 75265-0448
17292943*         American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
19145797*         American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17292956*         Comerica Bank,    Mail Code 6512 - SBA,    P.O. Box 650282,    Dallas, TX 75265-0282
17292990*       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                   CHICAGO IL 60664-0338
                 (address filed with court:   Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
                   100 W. Randolph Street,    Chicago, IL 60602)
17453842*         Illinois Department of Revenue,    Bankruptcy Section,    P O Box 64338,    Chicago IL 60664-0338
17292993*         Internal Revenue Service,    PO 7346,    Philadelphia, PA 19101-7346
17443365*        +Kawasaki Motors Finance Corp.,    P.O. Box 25301,    Santa Ana, CA 92799-5301
17293005*        +MB Financial,    6111 N. River Rd.,    Rosemont, IL 60018-5111
17292933       ##+700 Credit,    2233 W 190th Street,    Torrance, CA 90504-6001
17292952       ##+Autofocus-Chicago,    221 S. Mitchell Court, A-3,    Addison, IL 60101-5603
17292970       ##+Fox Valley Towels,    1631 N 31st Ave,    Melrose Park, IL 60160-1837
17292994       ##+Jacalyn Novack,    15315 Treetop Dr. Unit #1N,    Orland Park, IL 60462-4692
17293024       ##+Phillips Motorsport Group,    151 Calle Iglesia,    San Clemente, CA 92672-7501
17293026       ##+Quinlan Security Sys,    8940 W. 192nd St. Suite J,    Mokena, IL 60448-8137
17293029       ##+Service Guard Systems, Inc.,    28601 Chargin Blvd., Suite 400,    Beachwood, OH 44122-4556
17293035         ##The Home Depot Credit Services,    Post Office Box 6925,    The Lakes, NV 88901-6925
                                                                                              TOTALS: 12, * 10, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2014 at the address(es) listed below:
              Cindy M. Johnson    on behalf of Trustee Gina B Krol cjohnson@jnlegal.net,    KLindsey@jnlegal.net
              Clay  Mosberg    on behalf of Creditor   Wells Fargo Bank, NA cmosberg@fallaw.com,
               tgirard@fallaw.com;mpost@fallaw.com;mmyers@fallaw.com;bneubauer@fallaw.com
              E. Philip  Groben    on behalf of Trustee Gina B Krol pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Elizabeth A. Bates    on behalf of Debtor Garry J Bartecki ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth A. Bates    on behalf of Joint Debtor Isabelle E Bartecki ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Gina B Krol    on behalf of Plaintiff Gina  Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol     gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Gina B Krol    on behalf of Trustee Gina B Krol gkrol@cohenandkrol.com,
               gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.co
               m
              Joseph E Cohen    on behalf of Trustee Gina B Krol jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com;trotman@cohenandkrol.com
              Kathleen  Vaught    on behalf of Defendant Jacalyn  Novack attykv@yahoo.com
              Kent A Gaertner    on behalf of Joint Debtor Isabelle E Bartecki kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
```

```
District/off: 0752-1            User: mmyers                Page 4 of 4                  Date Rcvd: Dec 23, 2014
                                Form ID: pdf006             Total Noticed: 110
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kent A Gaertner   on behalf of Debtor Garry J Bartecki kgaertner@springerbrown.com, kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
          Kyle A Lindsey   on behalf of Trustee Gina B Krol klindsey@jnlegal.net, cjohnson@jnlegal.net
          Kyle A Lindsey   on behalf of Plaintiff Gina   Krol klindsey@jnlegal.net, cjohnson@jnlegal.net
          Kyle A Lindsey   on behalf of Spec. Counsel   Johnson Legal Group, LLC klindsey@jnlegal.net, cjohnson@jnlegal.net
          Maria   Georgopoulos   on behalf of Creditor   GMAC Mortgage, LLC (successor by merger to GMAC Mortgage Corporation) nd-three@il.cslegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                                                      TOTAL: 17