# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                        §
                                              §
BARTECKI, GARRY J                             §        Case No. 11-21133 DRC
BARTECKI, ISABELLE E                          §
                                              §
          Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                             Assets Exempt:
(Without deducting any secured claims)


Total Distributions to Claimants:             Claims Discharged
                                              Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/GINA B. KROL _____
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MB Financial 6111 N. River Rd. Rosemont, IL 60018 | | | | | |
| | MB Financial 6111 N. River Rd. Rosemont, IL 60018 | | | | | |
| | Wells Fargo Home Mortgage P.O. Box 10335 Des Moines, IA 50306 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| JOHNSON LEGAL GROUP LLC | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHNSON LEGAL GROUP, LLC | | | | | |
| JOHNSON LEGAL GROUP LLC | | | | | |
| JOHNSON LEGAL GROUP, LLC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | Internal Revenue Service PO 7346 Philadelphia, PA 19101-7346 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 5/3rd Bank CC PO box 740789 Cincinatti, OH 45274-0789 | | | | | |
| | 5/3rd Bank CC PO box 740789 Cincinatti, OH 45274-0789 | | | | | |
| | 5/3rd Bank PO Box 630337 Cincinatti, OH 45263-0337 | | | | | |
| | 5/3rd Bank PO Box 630337 Cincinatti, OH 45263-0337 | | | | | |
| | 700 Credit 2233 W 190th Street Torrance, CA 90504 | | | | | |
| | 700 Credit 2233 W 190th Street Torrance, CA 90504 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A Plus business Forms & Systems, In Post Office Box 935 Wisconsin Rapids, WI 54495 | | | | | |
| | A Plus business Forms & Systems, In Post Office Box 935 Wisconsin Rapids, WI 54495 | | | | | |
| | ADP Dealer Services P.O. Box 88921 Chicago, IL 60695-1921 | | | | | |
| | ADP Dealer Services P.O. Box 88921 Chicago, IL 60695-1921 | | | | | |
| | ADT Security Services, Inc. P.O. Box 88921 Chicago, IL 60695 | | | | | |
| | ADT Security Services, Inc. P.O. Box 88921 Chicago, IL 60695 | | | | | |
| | AMEX PO Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | AMEX PO Box 0001 Los Angeles, CA 90096-8000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T PO Box 8100 Aurora, IL 60507 | | | | | |
| | ATT Yellow Pages C/O Joesph Mann & Creed 20600 Chagrin Blvd. Shaker Heights, OH 44122 | | | | | |
| | ATT Yellow Pages C/O Joesph Mann & Creed 20600 Chagrin Blvd. Shaker Heights, OH 44122 | | | | | |
| | Amer Suzuki Mtr Corp 3251 E Imperial Hwy Brea, CA 92822-1100 | | | | | |
| | Amer Suzuki Mtr Corp 3251 E Imperial Hwy Brea, CA 92822-1100 | | | | | |
| | America Honda Finance 1235 Old Alpharetta Suite 190 Alpharetta, GA 30005 | | | | | |
| | America Honda Finance 1235 Old Alpharetta Suite 190 Alpharetta, GA 30005 | | | | | |
| | American Express P.O. 650448 Dallas, TX 75265 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express P.O. 650448 Dallas, TX 75265 | | | | | |
| | American Honda 1919 Torrance Blvd Torrece, CA 90501 | | | | | |
| | American Honda 1919 Torrance Blvd Torrece, CA 90501 | | | | | |
| | American Honda Motor Corporation Post Office Box Box 70252 Philadelphia, PA 19126-0252 | | | | | |
| | American Honda Motor Corporation Post Office Box Box 70252 Philadelphia, PA 19126-0252 | | | | | |
| | American Marketing PO Box 982 DeKalb, IL 60015 | | | | | |
| | American Marketing PO Box 982 DeKalb, IL 60015 | | | | | |
| | American Suzuki Motor Corporation 3251 E. Imperial Hwy Brea, CA 92822 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Suzuki Motor Corporation 3251 E. Imperial Hwy Brea, CA 92822 | | | | | |
| | Autofocus-Chicago 221 S. Mitchell Court, A-3 Addison, IL 60101 | | | | | |
| | Autofocus-Chicago 221 S. Mitchell Court, A-3 Addison, IL 60101 | | | | | |
| | Cintas Corporation Post Office Box #5 Bedford Park, IL 60499-0005 | | | | | |
| | Clintas Corporation Post Office Box #5 Bedford Park, IL 60499-0005 | | | | | |
| | Collin's License & Title Service 1719 Bellechase Dr. Dallas, TX 75265-0262 | | | | | |
| | Collin's License & Title Service 1719 Bellechase Dr. Dallas, TX 75265-0262 | | | | | |
| | Com Ed Bill Payment Center Chicago, IL 60668-0001 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Com Ed Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Comerica Bank Mail Code 6512 - SBA P.O. Box 650282 Dallas, TX 75265-0282 | | | | | |
| | Comerica Bank Mail Code 6512 - SBA P.O. Box 650282 Dallas, TX 75265-0282 | | | | | |
| | Comerica Bank Mail Code 6512 - SBA P.O. Box 650282 Dallas, TX 75265-0282 | | | | | |
| | Comerica Bank PO Box 650282 Dallas, TX 75265-0202 | | | | | |
| | Comerica Bank PO Box 650282; M.S. 6512-SBA Dallas, TX 75265-0262 | | | | | |
| | Cook County Collector PO Box 641278 Chicago, IL 60664-1278 | | | | | |
| | Cook County Collector PO Box 641278 Chicago, IL 60664-1278 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Custom Assembly, Inc. 2952 CR 107 Haviland, OH 45851 | | | | | |
| | Custom Assembly, Inc. 2952 CR 107 Haviland, OH 45851 | | | | | |
| | DEX 8519 Innovation Way Chicago, IL 60682 | | | | | |
| | DEX 8519 Innovation Way Chicago, IL 60682 | | | | | |
| | Daniels Printing & Office Supply 14800 S. Cicero Avenue Oak Forest, IL 60452 | | | | | |
| | Daniels Printing & Office Supply 14800 S. Cicero Avenue Oak Forest, IL 60452 | | | | | |
| | Ebels Ace Hardware 15541 S. Cicero Oak Forest, IL 60452 | | | | | |
| | Ebels Ace Hardware 15541 S. Cicero Oak Forest, IL 60452 | | | | | |
| | Exxon Mobile PO Box 530988 Atlanta, GA 30353 | | | | | |
| | Exxon Mobile PO Box 530988 Atlanta, GA 30353 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fifth Third Bank P.O. 630337 Cincinnati, OH 45263-0337 | | | | | |
| | Fifth Third Bank P.O. 740789 Cincinnati, OH 45263 | | | | | |
| | First Insurance Funding Corp. 450 Skokie Blvd., Suite 1000 Northbrook, IL 60062 | | | | | |
| | First Insurance Funding Corp. 450 Skokie Blvd., Suite 1000 Northbrook, IL 60062 | | | | | |
| | Fox Racing, Inc. Dept. 33155 PO Box 3900 San Francisco, CA 94139-3155 | | | | | |
| | Fox Racing, Inc. Dept. 33155 PO Box 3900 San Francisco, CA 94139-3155 | | | | | |
| | Fox Valley Towels 1631 N 31st Ave Melrose Park, IL 60160 | | | | | |
| | Fox Valley Towels 1631 N 31st Ave Melrose Park, IL 60160 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Friends of Nypum 1919 Torrance Blvd Torrance, CA 90501 | | | | | |
| | Friends of Nypum 1919 Torrance Blvd Torrance, CA 90501 | | | | | |
| | G.E. Capital Solutions #4 Park Plaza, Suite #2040 Irvine, CA 92614 | | | | | |
| | G.E. Capital Solutions #4 Park Plaza, Suite #2040 Irvine, CA 92614 | | | | | |
| | GE Commercial Finance - TGB Special 75 Remittance Drive, Suite 6999 Chicago, IL 60675 | | | | | |
| | GE Commercial Finance - TGB Special 75 Remittance Drive, Suite 6999 Chicago, IL 60675 | | | | | |
| | GE Commercial Finance, Suzuki 75 Remittance Drive, Suite 1040 Chicago, IL 60675 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GE Commercial Finance, Suzuki 75 Remittance Drive, Suite 1040 Chicago, IL 60675 | | | | | |
| | GE Commerical Finance Yamaha 75 Remittance Dr., Suite 6995 Chicago, IL 60675-6995 | | | | | |
| | GE Commerical Finance Yamaha 75 Remittance Dr., Suite 6995 Chicago, IL 60675-6995 | | | | | |
| | GMAC Mortgage P.O. Box 9001719 Louisville, KY 40290-1719 | | | | | |
| | GMAC Mortgage P.O. Box 9001719 Louisville, KY 40290-1719 | | | | | |
| | GTI Recycling 2943 W. Wireton Road Blue Island, IL 60406 | | | | | |
| | GTI Recycling 2943 W. Wireton Road Blue Island, IL 60406 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gart Sutton & Associates, Inc 111 Bayside Place Corona Del Mar, CA 92625 | | | | | |
| | Gary Sutton & Associates, Inc 111 Bayside Place Corona Del Mar, CA 92625 | | | | | |
| | Great American Insurance Post Office Box 23850 San Diego, CA 92193-3850 | | | | | |
| | Great American Insurance Post Office Box 23850 San Diego, CA 92193-3850 | | | | | |
| | HSBC Retail Services PO Box 17574 Baltimore, MD 21297-1574 | | | | | |
| | HSBC Retail Services PO Box 17574 Baltimore, MD 21297-1574 | | | | | |
| | HSBC credit card PO Box 37281 Baltimore, MD 31297-3281 | | | | | |
| | HSBC credit card PO Box 37281 Baltimore, MD 31297-3281 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hales Sport Center 1400 Harrington Memorial Road Mansfield, OH 44903 | | | | | |
| | Hales Sport Center 1400 Harrington Memorial Road Mansfield, OH 44903 | | | | | |
| | Herman Wilson 212 W 155th St Harvey, IL 60426 | | | | | |
| | Herman Wilson 212 W 155th St Harvey, IL 60426 | | | | | |
| | Hinckley Springs 5660 New Northside Dr., Suite 500 Atlanta, GA 30328 | | | | | |
| | Hinckley Springs 5660 New Northside Dr., Suite 500 Atlanta, GA 30328 | | | | | |
| | Home Depot Po Box 6925 The Lakes, NV 88901 | | | | | |
| | Home Depot Po Box 6925 The Lakes, NV 88901 | | | | | |
| | Home Pages PO Box 982 DeKalb, IL 60115 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Humana Medical c/oRMS 77 Hartland St Carol Stream, IL 60128-0431 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | Illinois Tollway PO Box 5201 Lisle, IL 60532 | | | | | |
| | Illinois Tollway PO Box 5201 Lisle, IL 60532 | | | | | |
| | Ingalls Occupational Health 75 Remittance Drive Suite 1660 Chicago, IL 60675-1660 | | | | | |
| | Ingalls Occupational Health 75 Remittance Drive Suite 1660 Chicago, IL 60675-1660 | | | | | |
| | Jack Isom 10360 S. Parkside 3A Oak Lawn, IL 60453 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jack Isom 18933 Meadow Creek Dr. Mokena, IL 60448-9110 | | | | | |
| | Jesus Rivera, Jr. | | | | | |
| | K & L Supply Company 1040 Richard Avenue Santa Clara, CA 95050 | | | | | |
| | K & L Supply Company 1040 Richard Avenue Santa Clara, CA 95050 | | | | | |
| | Kawasaki Motors Finance Corp. P.O. Box 25301 Santa Ana, CA 92799 | | | | | |
| | Kawasaki Motors Po Box 25252 Santa Ana, CA 92779-5252 | | | | | |
| | Liberty Tires | | | | | |
| | M&M Auto Glass 4047 W. 147th Street Bridgeview, IL 60455 | | | | | |
| | M&M Auto Glass 4047 W. 147th Street Bridgeview, IL 60455 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Macy credit card PO Box 689195 Des Moines, IA 50369 | | | | | |
| | Macy credit card PO Box 689195 Des Moines, IA 50369 | | | | | |
| | Meltzer, Purtill & Stelle LLC 1515 E. Woodfield Rd. 2nd Flr. Schaumburg, IL 60173 | | | | | |
| | Meltzer, Purtill & Stelle LLC 1515 E. Woodfield Rd. 2nd Flr. Schaumburg, IL 60173 | | | | | |
| | Midwest Motorcycle Setups, Inc. 2100 W 16th Street Broadview, IL 60155 | | | | | |
| | Midwest Motorcycle Setups, Inc. 2100 W 16th Street Broadview, IL 60155 | | | | | |
| | NHJ 4141 W 126th St Alsip, IL 60803 | | | | | |
| | NHJ 4141 W 126th St Alsip, IL 60803 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | National Auto Research Division PO Box 404040 Atlanta, GA 30384-4040 | | | | | |
| | National Auto Research Division PO Box 404040 Atlanta, GA 30384-4040 | | | | | |
| | Nextmedia Group, Inc Dept. 809217 Chicago, IL 60680 | | | | | |
| | Nextmedia Group, Inc Dept. 809217 Chicago, IL 60680 | | | | | |
| | Nichols Distributing 4141 W. 126th Street Alsip, IL 60803 | | | | | |
| | Nichols Distributing 4141 W. 126th Street Alsip, IL 60803 | | | | | |
| | Nicor PO Box 0632 Aurora, IL 60507-0632 | | | | | |
| | Occusure Workers Compensation 6 Cadillac Drive, Suite 370 | | | | | |
| | Occusure Workers Compensation 6 Cadillac Drive, Suite 370 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Office Depot PO Box 633211 Crown City, OH 45623-3211 | | | | | |
| | Office Depot PO Box 633211 Crown City, OH 45623-3211 | | | | | |
| | Phillips Motorsport Group 151 Calle Iglesia San Clemente, CA 92672 | | | | | |
| | Phillips Motorsport Group 151 Calle Iglesia San Clemente, CA 92672 | | | | | |
| | Quinlan Security Sys 8940 W. 192nd St. Suite J Mokena, IL 60448 | | | | | |
| | Quinlan Security Sys 8940 W. 192nd St. Suite J Mokena, IL 60448 | | | | | |
| | Sears Master Card P.O. Box 183081 Columbus, OH 43218-3082 | | | | | |
| | Sears Master Card P.O. Box 183081 Columbus, OH 43218-3082 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Secretary of State 501 S. Second St. Rm 351 Springfield, IL 62756 | | | | | |
| | Secretary of State 501 S. Second St. Rm 351 Springfield, IL 62756 | | | | | |
| | Service Guard Systems, Inc. 28601 Chargin Blvd., Suite 400 Beachwood, OH 44122 | | | | | |
| | Service Guard Systems, Inc. 28601 Chargin Blvd., Suite 400 Beachwood, OH 44122 | | | | | |
| | Snap-On Business Solutions Post Office Box 23756 Chicago, IL 60673 | | | | | |
| | Snap-On Business Solutions Post Office Box 23756 Chicago, IL 60673 | | | | | |
| | Sullivans Motorcycle Accessories PO Box 599 Hanson, MA 02341-0598 | | | | | |
| | Sullivans Motorcycle Accessories PO Box 599 Hanson, MA 02341-0598 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sun Life Financial One Sun Life Executive Park Wellesley Hills, MA 02481 | | | | | |
| | Sun Life Financial One Sun Life Executive Park Wellesley Hills, MA 02481 | | | | | |
| | Suzuki Motor Finance | | | | | |
| | Suzuki Motor Finance 3251 e. Imperial Hwy. Brea, CA 92822-1100 | | | | | |
| | The Home Depot Credit Services Post Office Box 6925 The Lakes, NV 88901-6925 | | | | | |
| | The Zone/Martin Pavlonis 4520 W 63rd St Chicago, IL 60629 | | | | | |
| | Tri-R Distributing, Inc. Post Office Box 98 Matteson, IL 60443 | | | | | |
| | Tri-R Distributing, Inc. Post Office Box 98 Matteson, IL 60443 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Trucker Rocky 3048 Paysphere Circle Chicago, IL 60674 | | | | | |
| | Trucker Rocky 3048 Paysphere Circle Chicago, IL 60674 | | | | | |
| | V-Sept, Inc. 3001 North Rocky Point Drive, E Tampa, FL 33607 | | | | | |
| | V-Sept, Inc. 3001 North Rocky Point Drive, E Tampa, FL 33607 | | | | | |
| | W-A-R, Inc. 302 Fox Glen Court Suite #2 Barrington, IL 60010 | | | | | |
| | W-A-R, Inc. 302 Fox Glen Court Suite #2 Barrington, IL 60010 | | | | | |
| | XM Satellite Radio PO Box 9001399 Louisville, KY 40290-1399 | | | | | |
| | XM Satellite Radio PO Box 9001399 Louisville, KY 40290-1399 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Yamaha Mtr Corp 6555 Katella Ave Cypress, CA 90630 | | | | | |
| | Yamaha Mtr Corp 6555 Katella Ave Cypress, CA 90630 | | | | | |
| | Yellow Book Sales & Dist C/O Johnson Legal 39 S LaSalle, #280 Chicago, IL 60603 | | | | | |
| | Yellow Book Sales & Dist C/O Johnson Legal 39 S LaSalle, #280 Chicago, IL 60603 | | | | | |
| | Yellow Book USA - West Post Office Box 660052 Dallas, TX 75266-2252 | | | | | |
| | Yellow Book USA - West Post Office Box 660052 Dallas, TX 75266-2252 | | | | | |
| | Yvoone & Robert Normoyle 15425 S Pulaski Markham, IL | | | | | |
| | Yvoone & Robert Normoyle 15425 S Pulaski Markham, IL | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | KAWASAKI MOTORS FINANCE CORP | | | | | |
| 000002 | KAWASAKI MOTORS FINANCE CORP | | | | | |
| 000003 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000004 | AMERICAN EXPRESS BANK, FSB | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-21133   DRC   Judge: Donald R. Cassling | |
| Case Name: | BARTECKI, GARRY J | |
| | BARTECKI, ISABELLE E | |
| For Period Ending: | 06/10/15 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Date Filed (f) or Converted (c): | 05/18/11 (f) |
| 341(a) Meeting Date: | 07/19/11 |
| Claims Bar Date: | 08/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 45 Bradford Lane, Oak Brook, IL | 500,000.00 | 0.00 | | 0.00 | FA |
| 2. N9830 Highland Park, Milone, WI | 260,000.00 | 0.00 | | 0.00 | FA |
| 3. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 4. BANK ACCONTS | 2,294.00 | 0.00 | | 0.00 | FA |
| 5. Estimated Income Tax Payment | 57,484.00 | 57,484.00 | | 43,507.56 | FA |
| 6. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Artwork | 15,700.00 | 0.00 | | 0.00 | FA |
| 8. FURS | 400.00 | 0.00 | | 0.00 | FA |
| 9. EXERCISE EQUIPMENT | 500.00 | 0.00 | | 0.00 | FA |
| 10. Life Insurance | 72.03 | 0.00 | | 0.00 | FA |
| 11. IRA | 221,000.00 | 0.00 | | 0.00 | FA |
| 12. 401(K) | 125,000.00 | 0.00 | | 0.00 | FA |
| 13. Stock of GB Financial | 7,500.00 | 0.00 | | 0.00 | FA |
| 14. Stock of ILB Real Estate | 0.00 | 0.00 | | 0.00 | FA |
| 15. Stock of Midlothian Sports and Cycle | 0.00 | 0.00 | | 0.00 | FA |
| 16. TAX REFUND | 0.00 | 10,000.00 | | 0.00 | FA |
|     Same asset as #20 | | | | | |
| 17. 2000 Ford Explorer | 500.00 | 0.00 | | 0.00 | FA |
| 18. Boat | 20,000.00 | 20,000.00 | | 16,000.00 | FA |
| 19. Boat lift | 5,000.00 | 5,000.00 | | 1,500.00 | FA |
| 20. FRAUD, CONVEYANCE (u) | 0.00 | 10,000.00 | | 10,000.00 | FA |
| 21. WEARING APPAREL | 1,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.26 | Unknown |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,218,550.03 | $102,484.00 | $71,007.82 | $0.00 |

Ver: 18.05

FORM 2
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
ASSET CASES

Page:    2

Exhibit 8

| Case No: | 11-21133   DRC   Judge: Donald R. Cassling | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | BARTECKI, GARRY J | Date Filed (f) or Converted (c): | 05/18/11 (f) |
| | BARTECKI, ISABELLE E | 341(a) Meeting Date: | 07/19/11 |
| | | Claims Bar Date: | 08/07/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee submitted TFR to UST for review

December 10, 2014, 04:26 pm

Trustee has now resolved fraudulent conveyance claims and can prepare TFR

October 16, 2014, 10:37 am

Trustee has retained special counsel to pursue pre-petition tax refunds and conveyance of inheritance to children

October 16, 2013, 04:56 pm

Initial Projected Date of Final Report (TFR): 07/31/13     Current Projected Date of Final Report (TFR): 03/31/15

/s/    GINA B. KROL

_____   Date: 06/10/15

GINA B. KROL

FOR Page

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        11-21133  -DRC
Case Name:    BARTECKI, GARRY J
                      BARTECKI, ISABELLE E
Taxpayer ID No: *******4355
For Period Ending: 06/10/15

Trustee Name:       GINA B. KROL
Bank Name:           ASSOCIATED BANK
Account Number / CD #:    *******0469  Checking Account

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 17,479.46 | | 17,479.46 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.78 | 17,468.68 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.13 | 17,457.55 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.76 | 17,446.79 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.11 | 17,435.68 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 25.92 | 17,409.76 |
| 02/13/13 | 030001 | International Sureties Ltd. | BOND | 2300-000 | | 15.09 | 17,394.67 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/05/13 | 030002 | Johnson Legal Group, LLC | Special Counsel Fees per Order | 3210-600 | | 13,540.00 | 3,854.67 |
| | | 39 S. LaSalle Street | | | | | |
| | | #820 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 03/05/13 | 030003 | Johnson Legal Group, LLC | Special Counsel Expenses per Order | 3220-610 | | 50.11 | 3,804.56 |
| | | 39 S. LaSalle Street | | | | | |
| | | #820 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 23.37 | 3,781.19 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.19 | 3,771.00 |
| 04/29/13 | 5 | Garry Bartecki | Income Tax Payment | 1129-000 | 22,000.00 | | 25,771.00 |
| | | 45 Bradford Lane | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 05/01/13 | 5 | Garry Bartecki | Tax Overpayment | 1129-000 | 21,507.56 | | 47,278.56 |
| | | 45 Bradford Lane | | | | | |
| | | Oak Brook, IL 60523 | | | | | |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 47,268.56 |
| 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.26 | 47,198.30 |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.91 | 47,130.39 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 70.07 | 47,060.32 |

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 11-21133 -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | BARTECKI, GARRY J | Bank Name: | ASSOCIATED BANK |
| | BARTECKI, ISABELLE E | Account Number / CD #: | *******0469  Checking Account |
| Taxpayer ID No: | *******4355 | | |
| For Period Ending: | 06/10/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.97 | 46,990.35 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.62 | 46,922.73 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 69.76 | 46,852.97 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.41 | 46,785.56 |
| 12/18/13 | 20 | Jacalyn Novak | Settlement | 1241-000 | 10,000.00 | | 56,785.56 |
| 12/18/13 | 030004 | Johnson Legal Group, LLC | Special Counsel Fees per Order | 3210-600 | | 12,601.00 | 44,184.56 |
| | | 39 S. LaSalle St. #820 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 12/18/13 | 030005 | Johnson Legal Group, LLC | Special Counsel Expenes per Order | 3220-610 | | 2,459.81 | 41,724.75 |
| | | 39 S. LaSalle St. #820 | | | | | |
| | | Chicago, IL 60603 | | | | | |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.60 | 41,657.15 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.94 | 41,595.21 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.86 | 41,539.35 |
| 04/01/14 | 030006 | International Sureties Ltd. | BOND | 2300-000 | | 36.61 | 41,502.74 |
| | | Suite 420 | BOND | | | | |
| | | 701 Poydras St. | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.76 | 41,440.98 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.64 | 41,381.34 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.52 | 41,319.82 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.45 | 41,260.37 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.35 | 41,199.02 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.25 | 41,137.77 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.19 | 41,078.58 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 61.07 | 41,017.51 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 59.02 | 40,958.49 |
| 01/23/15 | 030007 | Gina B. Krol | Final Distribution | 2100-000 | | 6,800.39 | 34,158.10 |
| | | 105 W. Madison St. | Trustee's Fees | | | | |
| | | Suite 1100 | | | | | |
| | | Chicago, IL 60602 | | | | | |

Ver: 18.05

FORM 2

Page:   3

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 11-21133 -DRC |
| Case Name: | BARTECKI, GARRY J |
| | BARTECKI, ISABELLE E |
| Taxpayer ID No: | *******4355 |
| For Period Ending: | 06/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0469  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/23/15 | 030008 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Fees | 3110-000 | | 3,111.66 | 31,046.44 |
| 01/23/15 | 030009 | Cohen & Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorneys Expenses | 3120-000 | | 576.09 | 30,470.35 |
| 01/23/15 | 030010 | Gina B. Krol | Final Distribution<br>Attorneys Fees | 3110-000 | | 1,555.84 | 28,914.51 |
| 01/23/15 | 030011 | Kawasaki Motors Finance Corp<br>Susan McFaul<br>9950 Jeronimo Rd<br>Irvine, CA 92618 | Final Distribution | 7100-000 | | 21,720.55 | 7,193.96 |
| 01/23/15 | 030012 | Kawasaki Motors Finance Corp<br>c/o Susan McFaul<br>9950 Jeronimo Rd<br>Irvine, CA 92618 | Final Distribution | 7100-000 | | 545.35 | 6,648.61 |
| 01/23/15 | 030013 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(3-1) CREDIT CARD DEBT | 7100-900 | | 3,477.05 | 3,171.56 |
| 01/23/15 | 030014 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final Distribution<br>(4-1) CREDIT CARD DEBT | 7100-900 | | 3,171.56 | 0.00 |

Page:   4

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-21133  -DRC |
| Case Name: | BARTECKI, GARRY J |
| | BARTECKI, ISABELLE E |
| Taxpayer ID No: | *******4355 |
| For Period Ending: | 06/10/15 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******0469  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account  *******0469 | | Balance Forward | 0.00 | | | | |
|---|---|---|---|---|---|---|---|
| | 3 | Deposits | 53,507.56 | 14 | Checks | 69,661.11 | |
| | 0 | Interest Postings | 0.00 | 27 | Adjustments Out | 1,325.91 | |
| | | | | 0 | Transfers Out | 0.00 | |
| | | Subtotal | $  53,507.56 | | | | |
| | 0 | Adjustments In | 0.00 | | Total | $  70,987.02 | |
| | 1 | Transfers In | 17,479.46 | | | | |
| | | Total | $  70,987.02 | | | | |

Ver: 18.05

FORM 2                                                                                                                Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                    Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-21133  -DRC | |
| Case Name: | BARTECKI, GARRY J | |
| | BARTECKI, ISABELLE E | |
| Taxpayer ID No: | *******4355 | |
| For Period Ending: | 06/10/15 | |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4409  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/02/12 | 18, 19 | Isabelle Bartecki | Sale of Boat and Lift | 1129-000 | 17,500.00 | | 17,500.00 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 17,500.12 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 17,500.26 |
| 08/30/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 20.80 | 17,479.46 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 17,479.46 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account  *******4409 | | Balance Forward | 0.00 | 0 | Checks | 0.00 |
| | 1 | Deposits | 17,500.00 | 1 | Adjustments Out | 20.80 |
| | 2 | Interest Postings | 0.26 | 1 | Transfers Out | 17,479.46 |
| | | Subtotal | $  17,500.26 | | Total | $  17,500.26 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  17,500.26 | | | |

FORM 2                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                         Exhibit 9

| Case No: | 11-21133  -DRC | Trustee Name: | GINA B. KROL |
| Case Name: | BARTECKI, GARRY J | Bank Name: | BANK OF AMERICA, N.A. |
| | BARTECKI, ISABELLE E | Account Number / CD #: | *******4409  BofA - Money Market Account |
| Taxpayer ID No: | *******4355 | | |
| For Period Ending: | 06/10/15 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
| | Report Totals | | Balance Forward | 0.00 | | | |
| | | 4 | Deposits | 71,007.56 | 14 | Checks | 69,661.11 |
| | | 2 | Interest Postings | 0.26 | 28 | Adjustments Out | 1,346.71 |
| | | | | | 1 | Transfers Out | 17,479.46 |
| | | | Subtotal | $  71,007.82 | | Total | $  88,487.28 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 1 | Transfers In | 17,479.46 | | | |
| | | | Total | $  88,487.28 | | Net Total Balance | $  0.00 |

/s/    GINA B. KROL

Trustee's Signature: _____  Date: 06/10/15

GINA B. KROL